JAMES POOLEY (CA SBN 58041)
L. SCOTT OLIVER (CA SBN 174824)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California  94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
Email: JPooley@mofo.com
       SOliver@mofo.com

BARRY N. YOUNG (CA SBN 178235)
LAW OFFICES OF BARRY N. YOUNG
200 Page Mill Road
Palo Alto, California  94306-2061
Telephone: 650.326.2701
Facsimile: 650.326.2799
Email: BYoung@young-iplaw.com

Attorneys for Plaintiffs
APPLIED SIGNAL TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLIED SIGNAL TECHNOLOGY, INC.<br><br>Plaintiff,<br><br>v.<br><br>EMERGING MARKETS COMMUNICATIONS, INC., EMC SATCOM TECHNOLOGIES, INC., PARADISE DATACOM, LLC, and VIASAT, INC.,<br><br>Defendants. | Case No. 3:09-cv-2180-SBA<br><br>**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO. 3:09-CV-2180-SBA
pa-1356547

1  Because the complaint in this action has not yet been served on all defendants, the
2  undersigned parties believe it would be most efficient to continue the Case Management
3  Conference currently set for September 3, 2009.  Counsel for PARADISE DATACOM, LLC, and
4  VIASAT, INC., concur.  In addition, APPLIED SIGNAL TECHNOLOGY, INC., represents that
5  defendants EMERGING MARKETS COMMUNICATIONS, INC. and EMC SATCOM
6  TECHNOLOGIES, INC. will be served by September 2, 2009; counsel for said parties have not
7  yet been identified.

8  The undersigned parties believe that an appropriate date for the Case Management
9  Conference would be in early November, 2009.

10 Dated:  August 31, 2009

JAMES POOLEY
11 L. SCOTT OLIVER
MORRISON & FOERSTER LLP
12

13
By   /s/ Scott Oliver
14      Scott Oliver

15      Attorneys for Plaintiffs
        APPLIED SIGNAL TECHNOLOGY, INC.
16

17

18 Dated:  August 31, 2009

FRANK E. SCHERKENBACH
19 CHRISTOPHER S. MARCHESE
FISH & RICHARDSON P.C.
20

21
By   /s/ Christopher S. Marchese
22      Frank E. Scherkenbach

23      Attorneys for Defendants
        PARADISE DATACOM, LLC
24      and VIASAT, INC.

25

26

27

28

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE        1
CASE NO. 3:09-CV-2180-SBA
pa-1356547

**DECLARATION OF CONSENT**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Chris Marchese.

Dated: August 31, 2009

JAMES POOLEY
L. SCOTT OLIVER
MORRISON & FOERSTER LLP

By  /s/ Scott Oliver
    Scott Oliver

Attorneys for Plaintiffs
APPLIED SIGNAL TECHNOLOGY, INC.

**ORDER**

Plaintiff's counsel shall initiate the conference call for the Case Management Conference on 11/19/09 at 3:00 p.m..

The parties shall jointly file a Case Management Conference statement 10 days prior to the conference

Dated: 9/2/09

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
JUDGE, UNITED STATES DISTRICT COURT