UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| APPLIED SIGNAL TECHNOLOGY INC., | ) ) ) | No. C09-2180 SBA (BZ) |
| Plaintiff(s), | ) ) | |
| v. | ) ) ) | **ORDER SCHEDULING TELEPHONIC CONFERENCE RE DEVISING A SETTLEMENT CONFERENCE SCHEDULE FOR PATENT CASE** |
| EMERGING MARKETS COMMUNICATIONS, INC., et al., | ) ) ) ) | |
| Defendant(s). | ) ) | |

This case has been assigned to me to conduct a settlement conference. **IT IS HEREBY ORDERED** that a telephonic hearing is scheduled for **Thursday, December 10, 2009 at 10:00 a.m.,** to discuss the settlement process. Counsel shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call. In preparation for that conference, the parties shall familiarize themselves with my form of settlement conference order for patent cases which can be found on the court's website at **www.cand.uscourts.gov**.

Dated: December 1, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.09\APPLIED SIGNAL TECHNOLOGY\APPLIED SIGNAL TECHNOLOGY PATENT STAT CONF ORD.wpd

1