UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLIED SIGNAL TECHNOLOGY INC., <br><br> Plaintiff(s), <br><br> v. <br><br> EMERGING MARKETS COMMUNICATIONS, et al., <br><br> Defendant(s). | No. C09-2180 SBA (BZ) <br><br> **ORDER SCHEDULING TELEPHONIC CONFERENCE** |

Following a telephonic conference, **IT IS HEREBY ORDERED** that a further telephonic conference is scheduled for **February 19, 2010 at 1:30 p.m.,** to discuss the status of the settlement negotiations. Mr. Jeu, counsel for plaintiff shall get counsel for defendants ViaSat and Paradise Datacom, on the line and call the **Court** at **(415) 522-4093.**

Dated: February 8, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.2010\APPLIED SIGNAL TECHNOLOGY\COURT'S ORDER SETTING TELE CONF - PARADISE AND VIASAT.wpd

1