1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10

11   APPLIED SIGNAL TECHNOLOGY    )
     INC.,                        )
12                                )       No.  C09-2180 SBA (BZ)
               Plaintiff(s),      )
13                                )       **ORDER SCHEDULING TELEPHONIC
         v.                       )       CONFERENCE**
14                                )
     EMERGING MARKETS             )
15   COMMUNICATIONS, et al.,      )
                                  )
16               Defendant(s).    )
                                  )
17   _____)

18        Following a telephonic conference, **IT IS HEREBY ORDERED**

19   that a further telephonic conference is scheduled for **March 2,**

20   **2010 at 4:00 p.m.,** to discuss the status of the settlement

21   negotiations.  Mr. Jeu, counsel for plaintiff shall get

22   counsel for defendant Emerging Markets Communications, on the

23   line and call the **Court** at **(415) 522-4093.**

24   Dated: February 23, 2010

25                            _____
                                    Bernard Zimmerman
26                            United States Magistrate Judge

27   G:\BZALL\-REFS\REFS.2010\APPLIED SIGNAL TECHNOLOGY\COURT'S ORDER SETTING TELE CONF - EMC FEB
     23.wpd
28

                                     1