UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLIED SIGNAL TECHNOLOGY INC.,<br><br>    Plaintiff(s),<br><br>    v.<br><br>EMERGING MARKETS COMMUNICATIONS, et al.,<br><br>    Defendant(s). | No.  C09-2180 SBA (BZ)<br><br>**ORDER SCHEDULING FURTHER TELEPHONIC CONFERENCE**<br>(Re: ViaSat and Paradise Datacom) |

Following a telephonic conference, **IT IS HEREBY ORDERED** that a further telephonic conference is scheduled for **March 9, 2010 at 8:45 a.m.,** to discuss the status of the settlement negotiations.  Mr. Jeu, counsel for plaintiff shall get counsel for defendants ViaSat and Paradise Datacom, on the line and call the **Court** at **(415) 522-4093.**

Dated: March 2, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.2010\APPLIED SIGNAL TECHNOLOGY\COURT'S ORDER SETTING TELE CONF - PARADISE AND VIASAT MARCH 2.wpd