1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                  NORTHERN DISTRICT OF CALIFORNIA
10
11  APPLIED SIGNAL TECHNOLOGY   )
    INC.,                       )
12                              )   No.  C09-2180 SBA (BZ)
            Plaintiff(s),       )
13                              )
        v.                      )   **ORDER DIRECTING COMTECH'S**
14                              )   **ATTENDANCE AT SETTLEMENT**
    EMERGING MARKETS            )   **CONFERENCE**
15  COMMUNICATIONS, et al.,     )
                                )
16          Defendant(s).       )
                                )
17  _____)

18

19     The Court having been advised that Comtech's consent is
20  necessary for a settlement between plaintiff and defendants
21  ViaSat and Paradise Datacom, defendants are **ORDERED** to arrange
22  for a representative of Comtech with full settlement authority
23  as that term is defined in the Settlement Conference Order
24  entered on December 22, 2009, to attend the settlement
25  conference scheduled for March 26, 2010.  Defendants shall
26  provide Comtech with a copy of that Order.  If Comtech
27  ///
28  ///

1 declines to attend, defendants shall notify the Court
2 immediately.  Comtech may, but need not, lodge a Settlement
3 Conference Statement.
4 Dated: March 2, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

g:\bzall\-refs\refs.09\applied signal technology\applied signal order re comtech consent.wpd