UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLIED SIGNAL TECHNOLOGY INC., <br><br> Plaintiff(s), <br><br> v. <br><br> EMERGING MARKETS COMMUNICATIONS, et al., <br><br> Defendant(s). | No.  C09-2180 SBA (BZ) <br><br> **ORDER FOR FURTHER NEGOTIATIONS** |

Following a telephonic conference with both parties on March 2, 2010, **IT IS ORDERED** as follows:

1. The party principals shall try to schedule a further settlement meeting within the next 2 weeks.

2. If they schedule the meeting, the parties shall notify the Court of the date and location of the meeting **in writing** by the close of business on March 4, 2010.

3. If they are unsuccessful in scheduling the meeting, a further telephonic conference is scheduled for **March 8, 2010 at 1:30 p.m.**, to discuss the status of

1

the settlement negotiations.  Mr. Jeu, counsel for plaintiff shall get counsel for defendant Emerging Markets Communications, on the line and call the **Court** at **(415) 522-4093.**

Dated: March 3, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.2010\APPLIED SIGNAL TECHNOLOGY\COURT'S ORDER - EMC MARCH 3.wpd

2