1  L. SCOTT OLIVER (CA SBN 174824)
   CHRISTOPHER F. JEU (CA SBN 247865)
2  CHRISTOPHER ROBINSON (CA SBN 260778)
   MORRISON & FOERSTER LLP
3  755 Page Mill Road
   Palo Alto, California 94304-1018
4  Telephone: 650.813.5600
   Facsimile: 650.494.0792
5  Email: soliver@mofo.com
          cjeu@mofo.com
6         christopherrobinson@mofo.com

7  BARRY N. YOUNG (CA SBN 178235)
   LAW OFFICES OF BARRY N. YOUNG
8  200 Page Mill Road
   Palo Alto, California 94306-2061
9  Telephone: 650.326.2701
   Facsimile: 650.326.2799
10 Email: BYoung@young-iplaw.com

11 Attorneys for Plaintiffs
   APPLIED SIGNAL TECHNOLOGY, INC.
12

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15

| | |
|---|---|
| 16  APPLIED SIGNAL TECHNOLOGY, INC. | Case No. 09-CV-02180-SBA |
| 17            Plaintiff, | |
| 18    v. | **STIPULATION AND [PROPOSED] ORDER CONTINUING** |
| 19  EMERGING MARKETS COMMUNICATIONS, INC., EMC SATCOM | **SETTLEMENT CONFERENCE** |
| 20  TECHNOLOGIES, INC., PARADISE DATACOM, LLC, and VIASAT, INC., | **JURY TRIAL DEMANDED** |
| 21  | |
| 22          Defendants. | |
| 23  AND RELATED COUNTERCLAIMS. | |

1  Plaintiff APPLIED SIGNAL TECHNOLOGY, INC. and defendants, EMERGING
2  MARKETS COMMUNICATIONS, INC. and EMC SATCOM TECHNOLOGIES, INC., hereby
3  stipulate to the continuation of the Settlement Conference in this matter currently set for
4  Thursday, March 25, 2010 at 9:00 a.m. to Thursday, May 20, 2010.

6  Dated: March 9, 2010

L. SCOTT OLIVER
CHRISTOPHER F. JEU
CHRISTOPHER ROBINSON
MORRISON & FOERSTER LLP

By   /s/ Scott Oliver
   Scott Oliver

Attorneys for Plaintiff
APPLIED SIGNAL TECHNOLOGY, INC.

Dated: March 9, 2010

JOSEPH E. WALSH
RUDOLPH A. TELSCHER
DOUGALS A. ROBINSON
HARNESS, DICKEY & PEIRCE, P.L.C.

By   /s/ Joseph E. Walsh
   Joseph E. Walsh

Attorneys for Defendants
EMERGING MARKETS
COMMUNICATIONS, INC. and EMC
SATCOM TECHNOLOGIES, INC.

## ATTESTATION

21  I, L. Scott Oliver, am the ECF User whose ID and password are being used to file this
22  Stipulation and [Proposed] Order Continuing Settlement Conference. In compliance with
23  General Order 45, X.B., I hereby attest that Joseph E. Walsh has concurred in this filing.

25  Dated: March 9, 2010

   /s/ Scott Oliver
   L. Scott Oliver

STIPULATION & [PROP] ORDER CONTINUING AST/EMC SETTLEMENT CONFERENCE
CASE No. 09-CV-02180-SBA
pa-1392620

2

1
## ORDER

2  IT IS HEREBY ORDERED that the settlement conference scheduled for Thursday,
3  March 25, 2010 is continued to Thursday, May 20, 2010.
4  Dated: 9 March 10

*/s/ Bernard Zimmerman*

Bernard Zimmerman
United States Magistrate Judge

STIPULATION & [PROP] ORDER CONTINUING AST/EMC SETTLEMENT CONFERENCE
CASE No. 09-CV-02180-SBA
pa-1392620

3