UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLIED SIGNAL TECHNOLOGY INC., | |
| Plaintiff(s), | No.  C09-2180 SBA (BZ) |
| v. | **ORDER VACATING SETTLEMENT CONFERENCE** (re: ViaSat and Paradise) |
| EMERGING MARKETS COMMUNICATIONS, et al., | |
| Defendant(s). | |

For the reasons discussed at today's conference, **IT IS HEREBY ORDERED** that the settlement conference scheduled for Friday, March 26, 2010 is **VACATED**.

Dated: March 24, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.2010\APPLIED SIGNAL TECHNOLOGY\COURT'S ORDER VACATING VIASAT.PARADISE SETT CONF.wpd

1