RICK N. BRYSON (*Pro hac vice*)
Rick.Bryson@SandersParks.com
MICHELLE BREIT, Bar No. 133143
Michelle.Breit@SandersParks.com
BRETT M. HAGER (*Pro hac vice*)
Brett.Hager@SandersParks.com
BENJAMIN ERLICK (*Pro hac vice*)
Benjamin.Erlick@SandersParks.com
SANDERS & PARKS P.C.
3030 N. Third Street, Suite 1300
Phoenix, AZ 85012-3099
Telephone:  (602) 532-5600
Facsimile:  (602) 532-5700

JAMES C. OTTESON, Bar No. 157781
jim@agilityiplaw.com
AGILITY IP LAW
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone:  (408) 291-2750
Facsimile:   (408) 297-6000


Attorneys for Plaintiff
APPLIED SIGNAL TECHNOLOGY, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| APPLIED SIGNAL TECHNOLOGY, INC.<br><br>                                     Plaintiff,<br><br>        vs.<br><br>EMERGING MARKETS COMMUNICATIONS, INC., EMC SATCOM TECHNOLOGIES, INC., PARADISE DATACOM, LLC, and VIASAT, INC.,<br><br>                                     Defendants.<br>_____<br><br>AND RELATED COUNTERCLAIMS | Case No. 09-CV-02180-SBA<br><br>**STIPULATED MOTION AND  ORDER TO MODIFY CASE MANAGEMENT CONFERENCE SCHEDULE AND ADOPTING NEW SCHEDULE**<br><br>**JURY TRIAL DEMANDED** |

        Plaintiff and counter-defendant, Applied Signal Technology, Inc., and each defendant,

including Emerging Markets Communications, Inc., EMC Satcom Technologies, Inc., Paradise

1   Datacom, LLC, and defendant and counterclaimant ViaSat, Inc. (collectively "the parties"), hereby

2   stipulate and move the Court for an order modifying and extending the dates set by the Court's

3   Case Management Scheduling Order of November 30, 2009, as set forth in the Proposed Order

4   filed concurrently herewith.

5        The parties request this modified schedule to accommodate two substantial occurrences in

6   the lawsuit.  First, on or about April 19, 2010, Applied Signal Technology retained and substituted

7   new counsel of record as lead counsel to represent the company in this action.  At that time, the

8   parties' preliminary claim constructions pursuant to Patent L.R. 4-1 were due in only seven (7)

9   days and other critical dates related to claim construction were quickly approaching.  An extension

10  of the current schedule is needed for Applied Signal's new counsel to get up to speed on this

11  complex litigation.  Second, counterclaimant ViaSat has indicated its intent to seek leave to amend

12  its counterclaims to add third-party Comtech EF Data ("Comtech") as a counter-defendant.  The

13  inclusion of Comtech as a new counter-defendant would thus require additional time for Comtech

14  to "catch up" so that it can effectively participate in the claim construction procedures

15  concurrently with the existing parties.  Comtech and Applied Signal have agreed not to oppose

16  ViaSat's motion to add Comtech as a new counter-defendant on ViaSat's existing claims for

17  infringement of U.S. Patent Nos. 6,907,093 and 6,725,017, subject to the adoption of a modified

18  schedule as set forth in the Proposed Order, which accommodates Comtech's late-comer status.

19        ViaSat requested that AST and Comtech stipulate to allow ViaSat to amend its answer and

20  counterclaims to add a counterclaim for infringement of an additional ViaSat patent, U.S. Patent

21  No. 6,011,952 ("the '952 patent") by AST and Comtech, and to place the '952 patent on the same

22  schedule as the existing patents in suit.  AST and Comtech refused to stipulate, and therefore

23  ViaSat will move to amend its answer and counterclaims to add the '952 patent to this case

24  asserting infringement by both AST and Comtech.  AST and Comtech do not oppose the addition

25  of Comtech as a counterclaim defendant on ViaSat's existing claims for infringement of U.S.

26  Patent Nos. 6,907,093 and 6,725,017; rather, AST and Comtech are only opposing the addition

27  of ViaSat's '952 patent as a counterclaim.

28

STIPULATED MOTION TO MODIFY CASE                                  Case No. 4:09-cv-02180-SBA
MANAGEMENT CONFERENCE SCHEDULE

1    Accordingly, the parties collectively request that the Court modify the Case Management

2  Scheduling Order to adopt the dates as set forth in the Proposed Order.

3

4  Date:  April 23, 2010                SANDERS & PARKS P.C.

5

6                                        _____/s/ Michelle Breit_____
                                         Michelle Breit

7                                        Attorneys for Plaintiff
                                         APPLIED SIGNAL TECHNOLOGY

8

9  Date:  April 23, 2010                HARNESS, DICKEY & PIERCE, PLC

10

11                                       ___/s/ Rudolph Telscher_____
                                         Rudolph Telscher

12                                       Attorneys for Defendants

13                                       EMERGING MARKETS COMMUNICATIONS, INC.
                                         and EMC SATCOM TECHNOLOGIES, INC.

14

15

16  Date:  April 23, 2010               FISH & RICHARDSON P.C.

17

18                                       _/s/ Seth M. Sproul_____
                                         Seth M. Sproul

19                                       Attorneys for Defendants
                                         PARADISE DATACOM, LLC

20                                       and VIASAT, INC.

21

22

23

24

25

26

27

28

STIPULATED MOTION TO MODIFY CASE                          Case No. 4:09-cv-02180-SBA
MANAGEMENT CONFERENCE SCHEDULE
                                        - 3 -

**DECLARATION OF CONSENT**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Rudolph Telscher and Seth M. Sproul.


Date:  April 23, 2010                    SANDERS & PARKS P.C.



_____/s/ Michelle Breit_____
Michelle Breit
Attorneys for Plaintiff
APPLIED SIGNAL TECHNOLOGY

1

## <u>ORDER</u>

2

The Case Management Conference Schedule filed November 20, 2009 is hereby vacated.

3

The following schedule is hereby adopted.

4

5

6

| <u>EVENT</u> | <u>DATE</u> |
|---|---|
| Comtech's Initial Disclosure | June 16, 2010 |
| Comtech's Document Production (Patent L.R. 3-4) due | July 9, 2010 |
| Comtech's Invalidity Contentions (Patent L.R. 3-3) due | July 9, 2010 |
| EMC's Supplemental Invalidity Contentions | July 9, 2010 |
| Comtech's Proposed Terms for Construction (Patent L.R. 4-1) | July 21, 2010 |
| Preliminary Claim Constructions (Patent L.R. 4-2) due | July 28, 2010 (currently April 26, 2010) |
| Joint Claim Construction (Patent L.R. 4-3) due | August 18, 2010 (currently May 21, 2010) |
| Claim Construction Expert reports (Patent L.R. 4-3) due | August 25, 2010 (currently May 21, 2010) |
| L/D for discovery relating to Claim Construction (Patent L.R. 4-4) | September 15, 2010 (currently June 18, 2010) |
| Opening Claim Construction Brief (in compliance with Patent L.R. 4-5(a)) | October 1, 2010 (currently July 6, 2010) |
| Opposing Claim Construction Brief(s) (in compliance with Patent L.R. 4-5(b)) due | October 21, 2010 (currently August 2, 2010) |
| Reply Claim Construction Brief(s) (in compliance with Patent L.R. 4-5 (c)) due | November 4, 2010 (currently August 25, 2010) |
| Tutorial and Claim Construction Hearing (in compliance with Patent L.R. 4-6) | December 2, 2010 @ 9:00 AM (currently September 23, 2010) |
| Further Case Management Conference | December 2, 2010 @ 9:00 AM (currently September 23, 2010) |

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

** Lead counsel for the EMC defendants currently has a trial scheduled that will conflict with the

23

proposed December 2, 2010 Markman hearing date.  The parties have agreed to select a different Markman hearing date with the cooperation of the Court if the conflict remains later in the year.

24

25

26

Dated:  4/26/10

27

SAUNDRA BROWN ARMSTRONG
JUDGE, UNITED STATES DISTRICT COURT

28