UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| APPLIED SIGNAL TECHNOLOGY INC., <br><br> Plaintiff(s), <br><br> v. <br><br> EMERGING MARKETS COMMUNICATIONS, et al., <br><br> Defendant(s). | No. C09-2180 SBA (BZ) <br><br> **ORDER DENYING REQUEST FOR STATUS CONFERENCE** |

Defendants' request for a status conference is **DENIED**. The parties are reminded that failure to strictly comply with the Court's settlement conference order may result in sanctions under Rule 16(f) or an order to show cause why a party should not be held in contempt.

Dated: May 17, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

g:\bzall\-refs\refs.09\applied signal technology\Order Denying Rqst for Status conf.wpd