UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLIED SIGNAL TECHNOLOGY INC., <br><br> Plaintiff(s), <br><br> v. <br><br> EMERGING MARKETS COMMUNICATIONS, et al., <br><br> Defendant(s). | No.  C09-2180 SBA (BZ) <br><br> **ORDER CONTINUING SETTLEMENT CONFERENCE** |

Following a telephone conference at which both parties were represented by counsel, **IT IS ORDERED** that the settlement conference presently scheduled for Thursday, May 20, 2010, is **continued** to **Thursday, July 22, 2010 at 9:00 a.m.,** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  The previously issued Settlement Conference Order otherwise remains in full force and effect.

Dated: May 19, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

g:bzall\-refs\refs.2010\Applied Signal Technology\Ord continue S.C. Re EMC.wpd