```
 1
 2
 3
 4
 5
 6
 7
 8                      UNITED STATES DISTRICT COURT
 9                     NORTHERN DISTRICT OF CALIFORNIA
10
   APPLIED SIGNAL TECHNOLOGY    )
11 INC.,                        )
                                )          No.  C09-2180 SBA (BZ)
12           Plaintiff(s),      )
                                )
13      v.                      )
                                )       ORDER TO SHOW CAUSE
14 EMERGING MARKETS             )
   COMMUNICATIONS, et al.,      )
15                              )
             Defendant(s).      )
16                              )
                                )
17
```

18      Plaintiff failed to submit a settlement conference
19 statement, as previously ordered and, as confirmed during
20 today's telephone conference, failed to submit a timely demand
21 to the defendants, thereby frustrating their ability to submit
22 a timely settlement conference statement.  This appears to have
23 happened as a result of the actions and inactions of Rick
24 Bryson, counsel for plaintiff.  **IT IS THEREFORE ORDERED** that
25 Mr. Bryson, show cause **in writing** by **June 1, 2010** why this
26 Court should not certify these facts to Judge Armstrong so she
27 may determine whether his admission *pro hac vice* should be
28 ///

1 | terminated, or other sanctions imposed for this conduct.
2 | Dated: May 19, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

g:bzall\-refs\refs.2010\Applied Signal Technology\OSC re Bryson Pro Hac Vice counsel.wpd

2