UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLIED SIGNAL TECHNOLOGY INC., <br><br> Plaintiff(s), <br><br> v. <br><br> EMERGING MARKETS COMMUNICATIONS, et al., <br><br> Defendant(s). | No. C09-2180 SBA (BZ) <br><br> **ORDER DISCHARGING ORDER TO SHOW CAUSE** |

    Having reviewed Mr. Bryson's response to the Order To Show Cause dated May 19, 2010, it is **DISCHARGED**. When counsel substitutes in, the Court expects counsel to review the docket, which can be accessed electronically, to make sure that he is fully apprised of the status of the case.

    The Court is not fully satisfied with plaintiff's assertion that it had made a settlement demand as required by

///

///

1 | the Court's Order, and may address this further on July 22,
2 | 2010.

3 | Dated: June 10, 2010

4 |                                             Bernard Zimmerman
5 |                                  United States Magistrate Judge

g:\bzall\-refs\refs.09\applied signal technology\order discharging OSC.wpd