UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLIED SIGNAL TECHNOLOGY INC., <br><br> Plaintiff(s), <br><br> v. <br><br> EMERGING MARKETS COMMUNICATIONS, et al., <br><br> Defendant(s). | No. C09-2180 SBA (BZ) <br><br><br> ORDER |

Having reviewed the parties settlement papers, if plaintiff has not already done so, plaintiff is **ORDERED** by **noon, Tuesday, July 20, 2010** to provide EMC with a proposed licensing agreement including a proposed royalty rate.

Dated: July 16, 2010

Bernard Zimmerman
United States Magistrate Judge

g:\bzall\-refs\refs.09\applied signal technology\applied signal technology sc.wpd