1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| APPLIED SIGNAL TECHNOLOGY, INC.<br><br>Plaintiff,<br><br>v.<br><br>EMERGING MARKETS COMMUNICATIONS, INC., EMC SATCOM TECHNOLOGIES, INC., PARADISE DATACOM, LLC, and VIASAT, INC.,<br><br>Defendants. | Case No. 09-CV-02180-SBA<br><br>[PROPOSED] ORDER GRANTING EMERGING MARKETS COMMUNICATIONS, INC.'S AND EMC SATCOM TECHNOLOGIES, INC.'S APPLICATION TO BRING ELECTRONIC ITEMS INTO THE COURTHOUSE |
|---|---|
| AND RELATED COUNTERCLAIMS | |

1  Upon review of Emerging Markets Communications, Inc.'s and EMC Satcom Technologies, Inc.'s ("EMC defendants") application to bring the certain electronics into Judge Zimmerman's Courtroom for the July 22, 2010 Settlement Conference in the above-referenced matter:

IT IS HEREBY ORDERED that counsel for EMC defendants is allowed to bring the following electronics into Judge Zimmerman's Courtroom on July 22, 2010.

1. Cell phone of Rudolph A. Telscher, Jr. with camera capabilities;
2. Cell phone of Joseph E. Walsh, Jr. with camera capabilities;
3. Laptop computer of Rudolph A. Telscher, Jr., along with power cable, mouse, and other accessories;
4. Laptop computer of Joseph E. Walsh, Jr. along with power cable, mouse, and other accessories;
5. Projector, along with power cable, VGA cable, remotes and other accessories.

Dated: June 21, 2010         By: _____
                                 Honorable Bernard Zimmerman
                                 United States Magistrate Judge

60700641.1

**IT IS SO ORDERED**
*Judge Bernard Zimmerman*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA