1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| APPLIED SIGNAL TECHNOLOGY, INC.<br><br>Plaintiff,<br><br>vs.<br><br>EMERGING MARKETS COMMUNICATIONS, INC., EMC SATCOM TECHNOLOGIES, INC., PARADISE DATACOM, LLC, and VIASAT, INC.,<br><br>Defendants. | Case No. 09-CV-02180-SBA<br><br>**[PROPOSED] ORDER GRANTING APPLIED SIGNAL TECHNOLOGY, INC.'S AND COMTECH EF DATA CORP'S APPLICATION TO BRING ELECTRONIC ITEMS INTO THE COURTHOUSE** |
| AND RELATED COUNTERCLAIMS AND THIRD PARTY CLAIMS | |

Upon review of Applied Signal Technology, Inc. and Comtech EF Data Corp. hereby request permission to bring certain electronics into Judge Zimmerman's Courtroom for the July 22, 2010 Settlement conference in the above-referenced matter.

1  IT IS HEREBY ORDERED that counsel for Applied Signal Technology, Inc. and
2  Comtech EF Data Corp.is permitted to bring the following electronics into Judge Zimmerman's
3  Courtroom on July 22, 2010.

4  1.  Cell phone of Rick N. Bryson with camera capabilities;

5  2.  Cell phone of James Farmer with camera capabilities;

6  3.  Laptop computer of James Farmer, with power cable, mouse, and other
7  accessories.

8  Date: _____July 21, 2010_____       By: _____[signature]_____
9                                      Honorable Bernard Zimmerman
                                        United States Magistrate Judge



2

[PROPOSED] ORDER RE APPLIED SIGNAL TECHNOLOGY, INC.'S AND COMTECH EF DATA'S        CASE NO. 09-CV-02180-SBA
APPLICATION TO BRING ELECTRONICS INTO THE COURTHOUSE