UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLIED SIGNAL TECHNOLOGY INC., <br><br> Plaintiff(s), <br><br> v. <br><br> EMERGING MARKETS COMMUNICATIONS, et al., <br><br> Defendant(s). | No. C09-2180 SBA (BZ) <br><br> **ORDER SEALING TRANSCRIPT** |

**IT IS HEREBY ORDERED** that the transcript of the confidential settlement put on the record at the Settlement Conference which occurred on July 22, 2010, shall be filed **UNDER SEAL** and shall be released only to the parties involved in the settlement.

Dated: July 29, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

g:\bzall\-refs\refs.09\applied signal technology\applied signal technology sc.wpd