Joseph E. Walsh, Jr. *(admitted pro hac vice)*
jwalsh@hdp.com
Rudolph A. Telscher  *(admitted pro hac vice)*
rtelscher@hdp.com
Douglas A. Robinson *(admitted pro hac vice)*
drobinson@hdp.com
HARNESS DICKEY & PIERCE, P.L.C.
7700 Bonhomme, Suite 400
St. Louis, MO 63105
Tel:  (314) 726-7500; Fax:  (314) 726-7501

Philip J. Wang, Bar No. 218349
phil@philwanglaw.com
The Law Office of Philip J. Wang
160 Bovet Road, Suite 310
San Mateo, CA  94402-3100
Tel:  (650) 521-9020

***Attorneys for Emerging Markets Communications, Inc. and EMC Satcom Technologies, LLC***

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| APPLIED SIGNAL TECHNOLOGY, INC.<br><br>Plaintiff,<br><br>v.<br><br>EMERGING MARKETS COMMUNICATIONS, INC., EMC SATCOM TECHNOLOGIES, INC., PARADISE DATACOM, LLC, and VIASAT, INC.,<br><br>Defendants. | Case No.  09-CV-02180-SBA<br><br>STIPULATED REQUEST TO RELIEVE EMERGING MARKETS COMMUNICATIONS, INC. AND EMC SATCOM TECHNOLOGIES, INC. FROM COMPLIANCE WITH THE CASE MANAGEMENT CONFERENCE SCHEDULING ORDER |
| AND RELATED COUNTERCLAIMS | |

Defendants Emerging Markets Communications, Inc., EMC Satcom Technologies, Inc. (collectively "EMC") request, and plaintiff and counter-defendant, Applied Signal Technology, Inc. ("AST"), third-party defendant Comtech EF Data Corp. ("Comtech"), and defendants/counterclaimants Paradise Datacom, LLC and ViaSat, Inc. ("Paradise and ViaSat") do not oppose, that the Court relieve EMC from the upcoming requirements and deadlines set forth in the Case Management Conference Scheduling Order (Docket #148) due to EMC's agreement to settle with AST.

At the July 22, 2010 settlement conference before Magistrate Judge Zimmerman, EMC and AST and Comtech reached a settlement in principal. When finalized, this settlement will result in a full and final settlement of the dispute between EMC and AST and Comtech, including EMC's dismissal from this litigation. The settlement between EMC and AST and Comtech does not affect the dispute between Paradise, ViaSat, AST, and Comtech.

EMC, AST, and Comtech wish to temporarily cease litigating their dispute in order to focus on finalizing their settlement agreement, and Paradise and ViaSat do not oppose such a request. Good cause exists because the requested relief will allow EMC to avoid the undue burden that would result from devoting time and money on preparing unnecessary claim construction papers, and the requested relief will not prejudice the other parties.

As to the parties other than EMC, this stipulation will not alter the Case Management Conference Schedule entered by the Court on August 2, 2010 (Docket #148).

Accordingly, it is hereby stipulated that EMC be relieved from the upcoming requirements set forth in the Case Management Conference Schedule for a period of five weeks, ending September 3, 2010. It is further stipulated that all parties be further relieved from providing responses to outstanding discovery obligations or any other scheduled exchange of information or filings as between EMC and AST

and Comtech and as between EMC and ViaSat and Paradise.  Plaintiff AST shall file a notice of dismissal, or jointly with EMC file a joint status report on the progress of settlement, by September 3, 2010.

Date:  August 5, 2010          SANDERS & PARKS P.C.

    /s/ Rick N. Bryson
Rick N. Bryson
ATTORNEYS FOR PLAINTIFF/COUNTER-DEFENDANT APPLIED SIGNAL TECHNOLOGY AND THIRD-PARTY DEFENDANT COMTECH EF DATA CORP.

Date:  August 5, 2010          HARNESS, DICKEY & PIERCE, PLC

    /s/ Douglas A. Robinson
Douglas A. Robinson
ATTORNEYS FOR DEFENDANTS EMERGING MARKETS COMMUNICATIONS, INC. and EMC SATCOM TECHNOLOGIES, INC.

Date:  August 5, 2010          FISH & RICHARDSON P.C.

    /s/ Christopher Marchese
Christopher Marchese
ATTORNEYS FOR DEFENDANTS/COUNTER-PLAINTIFFS PARADISE DATACOM, LLC AND VIASAT, INC.

| | |
|---|---|
| 1 | **DECLARATION OF CONSENT** |
| 2 | Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest |
| 3 | under penalty of perjury that concurrence in the filing of this document has been |
| 4 | obtained from Rick Bryson and Christopher Marchese. |
| 5 | |
| 6 | Date: August 5, 2010         HARNESS, DICKEY & PIERCE, P.L.C. |
| 7 | |
| 8 | ____/s/ Douglas A. Robinson____<br>Douglas A. Robinson<br>Attorneys for Defendants |
| 9 | EMERGING MARKETS COMMUNICATIONS, INC. AND EMC SATCOM TECHNOLOGIES, |
| 10 | INC. |
| 11–28 | |

1  **ORDER**

2  Pursuant to stipulation, it is hereby ordered that Defendants Emerging
3  Markets Communications, Inc., EMC Satcom Technologies, Inc. are relieved from
4  any and all requirements as set forth in the Case Management Conference
5  Scheduling Order for the period ending September 3, 2010.  All parties are further
6  relieved from providing responses to outstanding discovery obligations or any other
7  scheduled exchange of information or filings as between EMC and AST and
8  Comtech and as between EMC and ViaSat and Paradise.  Plaintiff AST shall file a
9  notice of dismissal, or a joint status report with EMC on the progress of settlement,
10 by September 3, 2010.

12 Dated: 8/12/10      _/s/ Saundra B Armstrong_
13                              SAUNDRA BROWN ARMSTRONG
                                JUDGE, UNITED STATES DISTRICT COURT

15 60704716.1