Frank E. Scherkenbach (SBN 142549), scherkenbach@fr.com
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Christopher S. Marchese (SBN 170239), marchese@fr.com
Seth M. Sproul (SBN 217711), sproul@fr.com
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Erin E. Kaiser (SBN 259926), kaiser@fr.com
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Attorneys for Defendants, Counterclaimants and Third-Party Plaintiff
ViaSat, Inc. and Paradise Datacom, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| APPLIED SIGNAL TECHNOLOGY, INC.<br><br>Plaintiff,<br><br>v.<br><br>EMERGING MARKETS COMMUNICATIONS, INC.; EMC SATCOM TECHNOLOGIES, INC.; PARADISE DATACOM, LLC; and VIASAT, INC.,<br><br>Defendants,<br><br>AND RELATED CLAIMS. | Case No. 09-CV-02180-SBA<br><br>**JOINT ADMINISTRATIVE MOTION FOR LEAVE TO DESIGNATE ADDITIONAL TERMS FOR CLAIM CONSTRUCTION AND [PROPOSED] ORDER**<br><br>Hon. Saundra B. Armstrong |

1 Pursuant to Judge Armstrong's Patent Standing Order No. 4 and Civil Local Rule 7-11,[1]
2 Applied Signal Technology, Inc. ("AST"), Comtech EF Data Corp. ("Comtech"), ViaSat, Inc.
3 ("ViaSat"), and Paradise Datacom, LLC ("Paradise") (collectively, "the Parties") respectfully
4 request that the Court grant leave to designate and argue more than 10 terms for claim
5 construction.

6 Good cause exists to allow the Parties to brief and argue the construction of more than 10
7 terms.  At issue are five separate patents—three asserted by ViaSat and two asserted by AST.  A
8 total of 77 claims are asserted across all five patents.  Currently, the Parties dispute 13 terms.  For
9 each disputed term, there is a genuine disagreement regarding the scope or meaning of the term
10 that the Parties cannot resolve.

11 Despite the large number of claims at issue, the Parties have worked diligently to minimize
12 the number of disputed terms.  In the process, the Parties have met and conferred telephonically on
13 three different occasions and have exchanged numerous written communications.  The Parties
14 have made an effort to group related terms and reach compromises, wherever possible.  Through
15 these efforts, the Parties began with more than 30 terms in dispute and were able to reduce the
16 number to 13.

17 Although 13 terms exceeds the 10 allowed under Patent L.R. 4-3 and Judge Armstrong's
18 Patent Standing Order No. 3, the number of patents, asserted claims, and parties involved in the
19 process justifies granting leave to construe an additional three terms.  The Parties will continue to
20 make efforts to further reduce the number of disputed terms during the *Markman* briefing process.
21 Nevertheless, the Parties jointly request that the Court grant leave to designate the following 13
22 terms for claim construction:

---

[1] The Court's Standing Order references Civil Rule 7-10(b), but this rule no longer exists.  Instead, we are thus filing this motion pursuant to Rule 7-11.

1

Case No. 09-CV-02180-SBA
JOINT ADMINISTRATIVE MOTION FOR LEAVE TO
DESIGNATE ADDITIONAL TERMS FOR CLAIM
CONSTRUCTION AND [PROPOSED] ORDER

**AST Patents**

**'641 AND '104 PATENTS**

1. "tracking variations/tracking"
2. "signal of interest/generating an error signal from a signal of interest"
3. "estimating"
4. "second differences"

**ViaSat Patents**

**'093 PATENT**

5. "correction signals"

**'017 PATENT**

6. "means for simultaneously transmitting" (includes claim 1 functional language)
7. "means for receiving"
8. "means for selectively generating" (includes claim 1 functional language)
9. "means for combining" (includes claim 1 functional language)

**'952 PATENT**

10. "estimating channel characteristics"
11. "means...for receiving"
12. "means for transmitting"
13. "means for receiving the composite signal"

Dated:  August 24, 2010                    FISH & RICHARDSON P.C.

                                           By:  */s/ Christopher S. Marchese*
                                                Christopher S. Marchese (SBN 170239)
                                                marchese@fr.com

                                           Attorneys for Defendants, Counterclaimants and
                                           Third-Party Plaintiff ViaSat, Inc.
                                           and Paradise Datacom, LLC

2

Case No. 09-CV-02180-SBA
JOINT ADMINISTRATIVE MOTION FOR LEAVE TO
DESIGNATE ADDITIONAL TERMS FOR CLAIM
CONSTRUCTION AND [PROPOSED] ORDER

1  Dated: August 24, 2010            SANDERS & PARKS P.C.

                                     By:  */s/ James R. Farmer*
                                          James R. Farmer (Admitted *Pro Hac Vice*)
                                          james.farmer@rocketmail.com

                                     Attorneys for Plaintiff and Third-Party
                                     Defendants Applied Signal Technology,
                                     Inc. and Comtech EF Data Corp.

3

Case No. 09-CV-02180-SBA
JOINT ADMINISTRATIVE MOTION FOR LEAVE TO
DESIGNATE ADDITIONAL TERMS FOR CLAIM
CONSTRUCTION AND [PROPOSED] ORDER

**DECLARATION OF CONSENT**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from James R. Farmer.

Date:  August 20, 2010                                  FISH & RICHARDSON P.C.


 /s/ Christopher S. Marchese
Christopher S. Marchese (SBN 170239)
marchese@fr.com

Attorneys for Defendants, Counterclaimants and Third-Party Plaintiff, ViaSat, Inc. and Paradise Datacom, LLC

11103242

4

Case No. 09-CV-02180-SBA
JOINT ADMINISTRATIVE MOTION FOR LEAVE TO DESIGNATE ADDITIONAL TERMS FOR CLAIM CONSTRUCTION AND [PROPOSED] ORDER

1

## [PROPOSED] ORDER

2      IT IS SO ORDERED that the Parties request for leave to designate the 13 terms identified

3  above for claim construction is hereby **DENIED**.

4

5  Dated:  August 24, 2010

6

7                                                         By: *Saundra B Armstrong*

                                                              Honorable Saundra B. Armstrong
8                                                             United States District Court Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28