Joseph E. Walsh, Jr. *(admitted pro hac vice)*
jwalsh@hdp.com
Rudolph A. Telscher *(admitted pro hac vice)*
rtelscher@hdp.com
Douglas A. Robinson *(admitted pro hac vice)*
drobinson@hdp.com
HARNESS DICKEY & PIERCE, P.L.C.
7700 Bonhomme, Suite 400
St. Louis, MO 63105
Tel: (314) 726-7500; Fax: (314) 726-7501

Philip J. Wang, Bar No. 218349
phil@philwanglaw.com
The Law Office of Philip J. Wang
160 Bovet Road, Suite 310
San Mateo, CA 94402-3100
Tel: (650) 521-9020

***Attorneys for Emerging Markets Communications,
Inc. and EMC Satcom Technologies, LLC***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| APPLIED SIGNAL TECHNOLOGY, INC.<br><br>Plaintiff,<br><br>v.<br><br>EMERGING MARKETS COMMUNICATIONS, INC., EMC SATCOM TECHNOLOGIES, INC., PARADISE DATACOM, LLC, and VIASAT, INC.,<br><br>Defendants. | Case No. 09-CV-02180-SBA<br><br>JOINT STATUS REPORT ON THE PROGRESS OF SETTLEMENT BETWEEN APPLIED SIGNAL TECHNOLOGY, INC., COMTECH EF DATA CORP., EMERGING MARKETS COMMUNICATIONS, INC., AND EMC SATCOM TECHNOLOGIES, INC. AND REQUEST FOR EXTENSION OF RELIEF FROM THE CASE MANAGEMENT SCHEDULING CONFERENCE ORDER |
| AND RELATED COUNTERCLAIMS | |

Further to the Court's order dated August 12, 2010 (Dkt. No. 153), defendants Emerging Markets Communications, Inc., EMC Satcom Technologies, Inc. (collectively "EMC"), plaintiff and counter-defendant, Applied Signal Technology, Inc. ("AST"), third-party defendant Comtech EF Data Corp. ("Comtech"), submit this joint status report on the progress of settlement.

As previously reported to the Court, AST, Comtech, and EMC agreed at the settlement conference before Magistrate Judge Zimmerman to settle their dispute. AST and Comtech have since provided a written draft settlement license proposal, and the parties are in general agreement on most license terms, though certain terms are still subject to ongoing negotiation.

However, due to a number of factors, including the complexity of the expected license agreement between the parties and various summer vacation and travel schedules, including of party principals, the parties have been unable to finalize their agreement. Nonetheless, the parties remain confident that a final settlement license agreement will be reached. As such, the parties respectfully and jointly stipulate and request that the Court extend its August 12 order granting relief from the Case Management Conference Scheduling Order for a period of three weeks, to September 24, 2010. The parties will continue to work dilligently during this time to finalize their settlement license agreement, which the parties continue to expect will result in the dismissal of the EMC entities from this litigation.

Date:  September 3, 2010          SANDERS & PARKS P.C.

/s/ Rick N. Bryson
Rick N. Bryson
ATTORNEYS FOR PLAINTIFF/COUNTER-DEFENDANT APPLIED SIGNAL TECHNOLOGY AND THIRD-PARTY DEFENDANT COMTECH EF DATA CORP.

1  Date: September 3, 2010        HARNESS, DICKEY & PIERCE, PLC

/s/ Rudolph A. Telscher
Rudolph A. Telscher
ATTORNEYS FOR DEFENDANTS
EMERGING MARKETS COMMUNICATIONS,
INC. and EMC SATCOM TECHNOLOGIES,
INC.

**DECLARATION OF CONSENT**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Rick N. Bryson.

Date:  September 3, 2010    HARNESS, DICKEY & PIERCE, P.L.C.

/s/ Rudolph A. Telscher
Rudolph A. Telscher
Attorneys for Defendants
EMERGING MARKETS COMMUNICATIONS, INC. AND EMC SATCOM TECHNOLOGIES, INC.

## **ORDER**

Pursuant to stipulation, it is hereby ordered that the Court's August 12, 2010 order (Dkt. No. 153) granting relief from the Case Management Conference Scheduling Order is extended to September 24, 2010. Plaintiff Applied Signal Technology, Inc. shall file a notice of dismissal, or a joint status report with EMC on the progress of settlement, by September 24, 2010.

Dated: 9/13/10   _____
SAUNDRA BROWN ARMSTRONG
JUDGE, UNITED STATES DISTRICT COURT

60716690.1