RICK N. BRYSON (*Pro hac vice*)
Rick.Bryson@SandersParks.com
MICHELLE BREIT, Bar No. 133143
Michelle.Breit@SandersParks.com
BRETT M. HAGER (*Pro hac vice*)
Brett.Hager@SandersParks.com
BENJAMIN K. ERLICK (*Pro hac vice*)
Benjamin.Erlick@SandersParks.com
SANDERS & PARKS P.C.
3030 N. Third Street, Suite 1300
Phoenix, AZ 85012-3099
Telephone:  (602) 532-5600
Facsimile:  (602) 532-5700

JAMES C. OTTESON, Bar No. 157781
jim@agilityiplaw.com
AGILITY IP LAW
1900 University Circle, Suite 201
East Palo Alto, CA  964303
Telephone: 650-227-4800

Attorneys for Plaintiff and Counterclaim Defendant
APPLIED SIGNAL TECHNOLOGY, INC.  and
Third-Party Defendant COMTECH EF DATA, CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| APPLIED SIGNAL TECHNOLOGY, INC. | Case No. 09-CV-02180-SBA |
| Plaintiff, | |
| vs. | **STIPULATED MOTION AND ORDER FOR EXTENSION OF DEADLINES AND MODIFICATIONS TO CASE MANAGEMENT CONFERENCE SCHEDULE** |
| EMERGING MARKETS COMMUNICATIONS, INC., EMC SATCOM TECHNOLOGIES, INC., PARADISE DATACOM, LLC, and VIASAT, INC., | |
| Defendants. | **JURY TRIAL DEMANDED** |
| AND RELATED COUNTERCLAIMS AND THIRD PARTY CLAIMS | |

1

Plaintiff and counter-defendant, APPLIED SIGNAL TECHNOLOGY, INC, third-party defendant and cross-claimant, COMTECH EF DATA CORP., and defendants PARADISE DATACOM, LLC, and defendant and counterclaimant VIASAT, INC. (collectively "the parties") hereby stipulate and move the Court for an order modifying the dates set by the Case Management Scheduling Order of August 2, 2010, as set forth in the Proposed Order filed concurrently herewith.

The August 2, 2010 Case Management Scheduling Order sets September 8, 2010 as the last date to serve claim construction expert reports.  The parties are requesting this modified schedule in order to establish September 22, 2010 as the due date for rebuttal reports to claim construction expert reports.  The current schedule does not provide for claim construction rebuttal expert reports and all parties believe such reports will aid in claim construction.  The parties also stipulate to extend by two days the date on which discovery relating to claim construction must be completed in light of the extra time needed for rebuttal expert reports. The parties request these modifications in order to accommodate the schedules of their respective experts.  These modifications will not change the schedule for the *Markman* hearing and the parties believe they will pose no problem for the Court.

Accordingly, the parties collectively request that the Court modify the Case Management Scheduling Order, as modified on August 2, 2010, to adopt the dates as set forth in the Proposed Order.

Date:  September 13, 2010                SANDERS & PARKS P.C.


                                         _____/s/Michelle Breit_____
                                         Michelle Breit
                                         Attorneys for Plaintiff
                                         APPLIED SIGNAL TECHNOLOGY
                                         And Third-Party Counterclaim Defendant
                                         COMTECH EF DATA, CORP.

2

Date:  September 13, 2010          FISH & RICHARDSON P.C.


                                   /s/ Christopher Marchese
                                  Christopher Marchese
                                  Attorneys for Defendants
                                  PARADISE DATACOM, LLC
                                  and VIASAT, INC.


## DECLARATION OF CONSENT

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Christopher Marchese.


Date:  September 13, 2010          SANDERS & PARKS P.C.


                                      /s/ Michelle Breit
                                  Michelle Breit
                                  Attorneys for Plaintiff
                                  APPLIED SIGNAL TECHNOLOGY
                                  And Third-Party Counterclaim Defendant
                                  COMTECH EF DATA, CORP

3

1

## **ORDER**

2      The Case Management Conference Schedule as modified by Order dated

3  August 2, 2010, is hereby vacated.  The following schedule is hereby adopted.

4

5

| **EVENT** | **DATE** |
|---|---|
| Comtech's Initial Disclosure | June 16, 2010 |
| Comtech's Document Production (Patent L.R. 3-4) due | July  9, 2010 |
| Comtech's Invalidity Contentions (Patent L.R. 3-3) due | July 9, 2010 |
| Comtech's Proposed Terms for Construction (Patent L.R. 4-1) | July 21, 2010 |
| AST and ViaSat Proposed Terms for Construction  (Patent L.R. 4-1) | July 21, 2010 |
| 5.     Preliminary Claim Constructions (Patent L.R. 4-2) due | August 13, 2010 |
| 6a.   Joint Claim Construction (Patent L.R. 4-3) due | September 1, 2010 |
| 6b.   Claim Construction Expert reports (Patent L.R. 4-3) due | September 8, 2010 |
| 6c.   Rebuttals to Claim Construction Expert reports (Patent L.R. 4-3) due | September 22, 2010 |
| 7.     L/D for discovery relating to Claim Construction (Patent L.R. 4-4) | October 1, 2010 (currently September 29, 2010) |
| 8.     Opening Claim Construction Brief (in compliance with Patent L.R. 4-5(a)) | October 15, 2010 |
| 9.     Opposing Claim Construction Brief(s) (in compliance with Patent L.R. 4-5(b)) due | November 4, 2010 |
| 10.   Reply Claim Construction Brief(s) (in compliance with Patent L.R. 4-5 (c)) due | November 18, 2010 |
| 11.   Tutorial and Claim Construction Hearing (in compliance with Patent L.R. 4-6) | January 20, 2011 at 9:00 a.m. |
| 12.    Further Case Management Conference | January 20, 2011 at 9:00 a.m. |

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

4

1

2   Dated:  9/14/10

_____
SAUNDRA BROWN ARMSTRONG
JUDGE, UNITED STATES DISTRICT COURT

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

5