RICK N. BRYSON (*Pro hac vice*)
Rick.Bryson@SandersParks.com
MICHELLE BREIT, Bar No. 133143
Michelle.Breit@SandersParks.com
BRETT M. HAGER (*Pro hac vice*)
Brett.Hager@SandersParks.com
BENJAMIN K. ERLICK (*Pro hac vice*)
Benjamin.Erlick@SandersParks.com
SANDERS & PARKS P.C.
3030 N. Third Street, Suite 1300
Phoenix, AZ 85012-3099
Telephone:  (602) 532-5600
Facsimile:  (602) 532-5700

JAMES C. OTTESON, Bar No. 157781
jim@agilityiplaw.com
AGILITY IP LAW
1900 University Circle, Suite 201
East Palo Alto, CA  964303
Telephone: 650-227-4800

Attorneys for Plaintiff and Counterclaim Defendant
APPLIED SIGNAL TECHNOLOGY, INC.  and
Third-Party Defendant COMTECH EF DATA, CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| APPLIED SIGNAL TECHNOLOGY, INC.<br><br>Plaintiff,<br><br>vs.<br><br>EMERGING MARKETS COMMUNICATIONS, INC., EMC SATCOM TECHNOLOGIES, INC., PARADISE DATACOM, LLC, and VIASAT, INC.,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS AND THIRD PARTY CLAIMS | Case No. 09-CV-02180-SBA<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER GRANTING PLAINTIFF APPLIED SIGNAL TECHNOLOGY, INC. AND THIRD-PARTY DEFENDANT COMTECH EF DATA LEAVE TO FILE AMENDED ANSWER AND COUNTERCLAIMS**<br><br>**JURY TRIAL DEMANDED** |

("PROPOSED" is shown with strikethrough)

1   WHEREAS, Defendant VIASAT, INC. ("ViaSat"), having filed on June 29, 2010 a Notice of Motion and Motion to Strike Applied Signal Technology, Inc.'s and Comtech EF Data Corp.'s Affirmative Defenses of Inequitable Conduct; and

WHEREAS, Plaintiff APPLIED SIGNAL TECHNOLOGY, INC. ("AST")and Third-Party Defendant COMTECH EF DATA CORPORATION ("Comtech"), having filed on September 7, 2010 an Opposition to ViaSat's Motion to Strike Inequitable Conduct Defense AND Cross-Motion for Leave to Amend Answer and Counterclaims; and

WHEREAS, ViaSat subsequently filed on September 14, 2010 a Notice of Withdrawal of Motion to Strike and Non-Opposition to AST and Comtech's Cross Motion for Leave to Amend Answer and Counterclaims:

THEREFORE, ViaSat, AST and Comtech, through the undersigned counsel, hereby stipulate and move the Court for an Order granting Plaintiff Applied Signal Technology, Inc. and Third-Party Defendant Comtech EF Data leave to file their amended answer and counterclaims to ViaSat, Inc.'s First Amended Answer and Counterclaims, attached hereto as Exhibits A and B.

Date:  September 24, 2010            SANDERS & PARKS P.C.

                                                     /s/Michelle Breit  
                                              Michelle Breit  
                                              Attorneys for Plaintiff  
                                              APPLIED SIGNAL TECHNOLOGY  
                                              And Third-Party Counterclaim Defendant  
                                              COMTECH EF DATA, CORP.

Date:  September 24, 2010            FISH & RICHARDSON P.C.

                                                /s/ Seth Sproul  
                                              Seth Sproul  
                                              Attorneys for Defendants  
                                              PARADISE DATACOM, LLC  
                                              and VIASAT, INC.

2

STIPULATED MOTTION AND PROPOSED ORDER GRANTING AST AND COMTECH            CASE NO. 09-CV-02180-SBA
LEAVE TO AMEND ANSWER AND COUNTERCLAIMS

**DECLARATION OF CONSENT**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Seth Sproul.

Date:  September 24, 2010          SANDERS & PARKS P.C.

_____/s/ Michelle Breit_____
Michelle Breit
Attorneys for Plaintiff
APPLIED SIGNAL TECHNOLOGY
And Third-Party Counterclaim Defendant
COMTECH EF DATA, CORP

3

STIPULATED MOTION AND PROPOSED ORDER GRANTING AST AND COMTECH          CASE NO. 09-CV-02180-SBA
LEAVE TO AMEND ANSWER AND COUNTERCLAIMS

1

## ORDER

2  IT IS HEREBY ORDERED granting Plaintiff Applied Signal Technology, Inc.
3  and Third-Party Defendant Comtech EF Data leave to file their amended answer and
4  counterclaims to ViaSat, Inc.'s First Amended Answer and Counterclaims *within five*
5  *days of the date this order is filed.*  This order terminates ECF Nos. 164 and 170.

6

7

8  Dated:  9/27/10                             _____
                                                SAUNDRA BROWN ARMSTRONG
9                                               JUDGE, UNITED STATES DISTRICT COURT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

4