RICK N. BRYSON (*Pro hac vice*)
Rick.Bryson@SandersParks.com
MICHELLE BREIT, Bar No. 133143
Michelle.Breit@SandersParks.com
BRETT M. HAGER (*Pro hac vice*)
Brett.Hager@SandersParks.com
BENJAMIN K. ERLICK (*Pro hac vice*)
Benjamin.Erlick@SandersParks.com
SANDERS & PARKS P.C.
3030 N. Third Street, Suite 1300
Phoenix, AZ 85012-3099
Telephone:  (602) 532-5600
Facsimile:  (602) 532-5700

JAMES C. OTTESON, Bar No. 157781
jim@agilityiplaw.com
AGILITY IP LAW
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone:  (408) 291-2750
Facsimile:   (408) 297-6000

Attorneys for Plaintiff and Counterclaim Defendant
APPLIED SIGNAL TECHNOLOGY, INC.  and
Third-Party Defendant COMTECH EF DATA, CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| APPLIED SIGNAL TECHNOLOGY, INC. <br><br> Plaintiff, <br><br> vs. <br><br> EMERGING MARKETS COMMUNICATIONS, INC., EMC SATCOM TECHNOLOGIES, INC., PARADISE DATACOM, LLC, and VIASAT, INC., <br><br> Defendants. | Case No. 09-CV-02180-SBA <br><br> JOINT STATUS REPORT ON THE PROGRESS OF SETTLEMENT BETWEEN APPLIED SIGNAL, COMTECH EF DATA, EMERGING MARKETS COMMUNICATIONS, AND EMC SATCOM TECHNOLOGIES, AND REQUEST FOR EXTENSION OF RELIEF FROM THE CASE MANAGEMENT SCHEDULING CONFERENCE ORDER |
| AND RELATED COUNTERCLAIMS AND THIRD PARTY CLAIMS | |

1

1  Pursuant to the Court's order dated August 12, 2010 (Dkt. No. 153), defendants Emerging Markets Communications, Inc., EMC Satcom Technologies, Inc. (collectively "EMC"), plaintiff and counter-defendant, Applied Signal Technology, Inc. ("AST"), third-party defendant Comtech EF Data Corp. ("Comtech"), submit this joint status report on the progress of settlement.

As previously reported to the Court, AST, Comtech, and EMC agreed at the settlement conference before Magistrate Judge Zimmerman to settle their dispute. The parties have exchanged written draft settlement license proposals and are in general agreement on many license terms, though certain terms are still subject to ongoing negotiation.

On September 3, 2010, the parties filed a Joint Status Report requesting additional time to finalize their settlement to September 24, 2010. The Court granted that extension on September 19, 2010. However, due to a number of factors, including the many unusual and customized provisions being negotiated, the parties continue to work diligently to finalize their agreement. As such, the parties respectfully and jointly stipulate and request that the Court extend its September 19, 2010 order granting relief from the Case Management Conference Scheduling Order for a period of thirty one (31) days from the existing date of September 24, 2010 to Monday, October 25, 2010. The parties will continue to work diligently during this time to finalize their settlement license agreement, which the parties continue to expect will result in the dismissal of the EMC entities from this litigation.

Date: September 22, 2010    SANDERS & PARKS P.C.

　　　　　　　　　　　　　　 */s/    Rick N. Bryson*
　　　　　　　　　　　　　　 Rick N. Bryson, Esq.
　　　　　　　　　　　　　　 and

2

|   |   |   |
|---|---|---|
| 1 | | AGILITY IP LAW |
| 2 | | James C. Otteson, Esq. |
|   | | ATTORNEYS FOR PLAINTIFF/ |
| 3 | | COUNTERDEFENDANT APPLIED SIGNAL TECHNOLOGY AND THIRD-PARTY |
| 4 | | DEFENDANT COMTECH EF DATA CORP. |
| 5 | | |
| 6 | Date: September 22, 2010 | HARNESS, DICKEY & PIERCE, PLC |
| 7 | | |
| 8 | | */s/     Douglas A. Robinson* |
|   | | Rudolph A. Telscher, Esq. |
| 9 | | Douglas A. Robinson, Esq. |
|   | | ATTORNEYS FOR DEFENDANTS |
| 10 | | EMERGING MARKETS |
| 11 | | COMMUNICATIONS, INC. and EMC SATCOM TECHNOLOGIES, INC. |

3

COMTECH'S, AST'S, AND EMC'S                                      CASE NO. 09-CV-02180-SBA
JOINT STATUS REPORT ON THE PROGRESS OF SETTLEMENT

# DECLARATION OF CONSENT

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Douglas A. Robinson.

Date: September 22, 2010          SANDERS & PARKS P.C.

*/s/     Rick N. Bryson*
Rick N. Bryson
ATTORNEYS FOR PLAINTIFF/
COUNTERDEFENDANT APPLIED SIGNAL
TECHNOLOGY AND THIRD-PARTY
DEFENDANT COMTECH EF DATA CORP

**ORDER**

Pursuant to stipulation, it is hereby ordered that the Court's August 12, 2010 order (Dkt. No. 153) granting relief from the Case Management Conference Scheduling Order is extended 31 days from the existing date of September 24, 2010 to October 25, 2010. Plaintiff Applied Signal Technology, Inc. shall file a notice of dismissal, or a joint status report with EMC on the progress of settlement, by October 25, 2010.

Dated:  9/27/10

_____
SAUNDRA BROWN ARMSTRONG
JUDGE, UNITED STATES DISTRICT COURT