1 | Frank E. Scherkenbach (SBN 142549), scherkenbach@fr.com
2 | Fish & Richardson P.C.
  | 225 Franklin Street
3 | Boston, MA 02110-2804
  | Telephone: (617) 542-5070
4 | Facsimile: (617) 542-8906

5 | Christopher S. Marchese (SBN 170239), marchese@fr.com
  | Seth M. Sproul (SBN 217711), sproul@fr.com
6 | Fish & Richardson P.C.
7 | 12390 El Camino Real
  | San Diego, CA  92130
8 | Telephone:  (858) 678-5070
  | Facsimile:  (858) 678-5099
9 |
10 | Erin E. Kaiser (SBN 259926), kaiser@fr.com
   | Fish & Richardson P.C.
11 | 500 Arguello Street, Suite 500
   | Redwood City, CA 94063
12 | Telephone:  (650) 839-5070
   | Facsimile:  (650) 839-5071
13 |
14 | Attorneys for Defendants, Counterclaimants and Third-Party Plaintiff
   | ViaSat, Inc. and Paradise Datacom, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| APPLIED SIGNAL TECHNOLOGY, INC. | Case No. 09-CV-02180-SBA |
|---|---|
| Plaintiff, | |
| v. | **DECLARATION OF DONALD W. BECKER IN SUPPORT OF VIASAT, INC. AND PARADISE DATACOM LLC'S NOTICE OF MOTION AND MOTION FOR ENTRY OF PROTECTIVE ORDER** |
| EMERGING MARKETS COMMUNICATIONS, INC.; EMC SATCOM TECHNOLOGIES, INC.; PARADISE DATACOM, LLC; and VIASAT, INC., | |
| Defendants. | Date:  January 11, 2011 |
| | Time:  9:00 a.m. |
| AND RELATED CLAIMS. | Place:  Courtroom 1, 4th Floor |
| | Judge:  Hon. Saundra B. Armstrong |

Case No. 09-CV-02180-SBA

1  I, Donald W. Becker, declare as follows:

2  1. I have been employed at ViaSat, Inc. since December 2006. Prior to my employment with ViaSat, I consulted for ViaSat off and on for about twenty years prior to the time I became an employee. My current title is Vice President, Advanced Development. I make this declaration of my own personal knowledge, and if called upon as a witness would competently testify to the facts set forth below.

2. I received a Bachelor's Degree in Applied Physics and Information Science from UCSD in 1970. I received a Master's Degree in Information and Computer Science from UCSD in 1972, and a PhD in Information and Computer Science from UCSD in 1973.

3. I have been working as a systems engineer in the satellite communications and related fields since 1973.

4. In 1997, I started working on a ViaSat technology called Paired-Carrier Multiple Access, which is frequently called PCMA for short. PCMA technology allows a more efficient use of satellite communication channels. ViaSat sells products that incorporate PCMA technology, which is a proprietary and confidential ViaSat technology.

5. ViaSat products that implement PCMA are used in shared-channel satellite applications. By "shared-channel satellite communications," I am referring to the transmission of a signal from a local station to a satellite that reflects a frequency-translated version of the signal back to the local station. The reflected signal is within the same frequency range as a signal being relayed by the satellite to the local station from a remote station. The reflected signal interferes with the relayed signal from the remote station, and PCMA is used to cancel this interference so the local station can receive the relayed signal.

6. PCMA technology can also be used in applications other than shared channel satellite communications. For example, it can be used in shared-channel microwave communications in which signals are not relayed by a satellite but rather by a microwave transmitter on the Earth. PCMA can also be used in applications that do not involve shared-channel communications, for example, where the reflected signal is not primarily within the frequency range of the relayed signal but still interferes with the reception of the relayed signal

by the local station. The PCMA technology can be used in this application to cancel the interference.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed by me in Carlsbad, California, this 30th day of September, 2010.

*[signature: Donald W. Becker]*

Donald W. Becker

11107721.doc