1  Joseph E. Walsh, Jr. *(admitted pro hac vice)*
jwalsh@hdp.com
2  Rudolph A. Telscher  *(admitted pro hac vice)*
rtelscher@hdp.com
3  Douglas A. Robinson *(admitted pro hac vice)*
drobinson@hdp.com
4  HARNESS DICKEY & PIERCE, P.L.C.
7700 Bonhomme, Suite 400
St. Louis, MO 63105
5  Tel:  (314) 726-7500; Fax:  (314) 726-7501

6  Philip J. Wang, Bar No. 218349
phil@philwanglaw.com
7  The Law Office of Philip J. Wang
160 Bovet Road, Suite 310
San Mateo, CA 94402-3100
8  Tel:  (650)521-9020

9  ***Attorneys for Emerging Markets Communications,***
***Inc. and EMC Satcom Technologies, LLC***

10

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| APPLIED SIGNAL TECHNOLOGY, INC.<br><br>Plaintiff,<br><br>v.<br><br>EMERGING MARKETS COMMUNICATIONS, INC., EMC SATCOM TECHNOLOGIES, INC., PARADISE DATACOM, LLC, and VIASAT, INC.,<br><br>Defendants. | Case No.  09-CV-02180-SBA<br><br>**JOINT STATUS REPORT ON THE PROGRESS OF SETTLEMENT BETWEEN APPLIED SIGNAL TECHNOLOGY, INC., COMTECH EF DATA CORP., EMERGING MARKETS COMMUNICATIONS, INC., AND EMC SATCOM TECHNOLOGIES, INC. AND REQUEST FOR EXTENSION OF RELIEF FROM THE CASE MANAGEMENT SCHEDULING CONFERENCE ORDER** |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Pursuant to the Court's order dated September 28, 2010 (Dkt. No. 172), defendants Emerging Markets Communications, Inc., EMC Satcom Technologies, Inc. (collectively "EMC"), plaintiff and counter-defendant, Applied Signal Technology, Inc. ("AST"), and third-party defendant Comtech EF Data Corp. ("Comtech"), submit this joint status report on the progress of settlement.

As previously reported to the Court, AST, Comtech, and EMC agreed at the settlement conference before Magistrate Judge Zimmerman to settle their dispute. The parties have exchanged written draft settlement license proposals and are in general agreement on most license terms, though certain terms are still subject to ongoing negotiation.

On September 22, 2010, the parties filed a Joint Status Report requesting additional time to finalize their settlement to October 25, 2010.  The Court granted that extension on September 28.  Since the last Joint Status Report, the parties have continued to work diligently to finalize their license agreement, including through exchange of additional draft settlement terms and conversations between the parties' counsel, which has further narrowed the remaining issues.  However, due to a number of factors, including the many unusual and customized provisions being negotiated, the parties continue to work diligently to finalize their agreement. As such, the parties respectfully and jointly stipulate and request that the Court extend its September 28, 2010 order granting relief from the Case Management Order for a period of twenty eight (28) days from the existing date of October 25, 2010 to Monday, November 22, 2010.  The parties will continue to work diligently during this time to finalize their settlement license agreement, which the parties continue to expect will result in the dismissal of the EMC entities from this litigation.

1   Date:   October 25, 2010                    HARNESS, DICKEY & PIERCE, PLC

2

3                                               /s/ Rudolph A. Telscher
                                                Rudolph A. Telscher
4                                               ATTORNEYS FOR DEFENDANTS
                                                EMERGING MARKETS
5                                               COMMUNICATIONS, INC. and EMC
                                                SATCOM TECHNOLOGIES, INC.
6

7   Date:  October 25, 2010                     SANDERS & PARKS P.C.

8

9                                               /s/ Rick N. Bryson
                                                Rick N. Bryson
10                                              ATTORNEYS FOR PLAINTIFF/
                                                COUNTER-DEFENDANT APPLIED
11                                              SIGNAL TECHNOLOGY AND THIRD-
                                                PARTY DEFENDANT COMTECH EF
12                                              DATA CORP.

13

14

15

16

17

18

19

20

21

22

23

24

09-CV-02180-SBA                    -3-          Joint Status Report on Settlement Between AST,
                                                Comtech, and EMC and Req. for Ext. of Relief

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

## DECLARATION OF CONSENT

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Rick N. Bryson.

Date:  October 25, 2010                  HARNESS, DICKEY & PIERCE, PLC


                                         /s/ Rudolph A. Telscher
                                         Rudolph A. Telscher
                                         ATTORNEYS FOR DEFENDANTS
                                         EMERGING MARKETS
                                         COMMUNICATIONS, INC. and EMC
                                         SATCOM TECHNOLOGIES, INC.

Joint Status Report on Settlement Between AST,
Comtech, and EMC and Req. for Ext. of Relief

1

## <u>ORDER</u>

2

   Pursuant to stipulation, it is hereby ordered that the Court's September 28,

3

2010 order (Dkt. No. 172) granting relief from the Case Management Conference

4

Scheduling Order is extended 28 days from the existing date of October 25, 2010

5

to November 22.  Plaintiff Applied Signal Technology, Inc. shall file a notice of

6

dismissal, or a joint status report with EMC on the progress of settlement, by

7

November 22, 2010.

8

Date:  10/27/10                          _____

9

                                SAUNDRA BROWN ARMSTRONG
                                JUDGE, UNITED STATES DISTRICT COURT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Joint Status Report on Settlement Between AST,
Comtech, and EMC and Req. for Ext. of Relief