RICK N. BRYSON (*Pro hac vice*)
Rick.Bryson@SandersParks.com
MICHELLE BREIT, Bar No. 133143
Michelle.Breit@SandersParks.com
BRETT M. HAGER (*Pro hac vice*)
Brett.Hager@SandersParks.com
BENJAMIN K. ERLICK (*Pro hac vice*)
Benjamin.Erlick@SandersParks.com
SANDERS & PARKS P.C.
3030 N. Third Street, Suite 1300
Phoenix, AZ 85012-3099
Telephone:  (602) 532-5600
Facsimile:  (602) 532-5700

JAMES C. OTTESON, Bar No. 157781
jim@agilityiplaw.com
AGILITY IP LAW
1900 University Circle, Suite 201
East Palo Alto, CA  94303
Telephone:  (650) 227-4800

Attorneys for Plaintiff
APPLIED SIGNAL TECHNOLOGY, INC. AND
Third Party Defendant
COMTECH EF DATA CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| APPLIED SIGNAL TECHNOLOGY, INC.<br><br>Plaintiff,<br><br>vs.<br><br>EMERGING MARKETS COMMUNICATIONS, INC., EMC SATCOM TECHNOLOGIES, INC., PARADISE DATACOM, LLC, and VIASAT, INC.,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS AND THIRD PARTY CLAIMS | Case No. 09-CV-02180-SBA<br><br>**STIPULATED MOTION AND ORDER FOR EXTENSION OF DEADLINES TO RESPOND AND REPLY TO VIASAT'S MOTION FOR PROTECTIVE ORDER** |

1

STIPULATED MOTION  FOR EXTENSION OF TIME TO RESPOND AND REPLY TO       CASE NO. 09-CV-02180-SBA
VIASAT'S  AND PARADISE'S MOTION FOR PROTECTIVE ORDER

1  Plaintiff and counter-defendant, APPLIED SIGNAL TECHNOLOGY, INC ("AST"),
2  third-party defendant and cross-claimant, COMTECH EF DATA CORP. ("Comtech"),
3  defendant PARADISE DATACOM, LLC ("Paradise"), and defendant and counterclaimant
4  VIASAT, INC. ("ViaSat") (collectively "the parties") hereby stipulate and move the Court for an
5  order extending the date for AST and Comtech to file a response to ViaSat's and Paradise's
6  Motion for Entry of Protective Order until November 18, 2010 and the date for Paradise and
7  ViaSat to file a reply until November 30, 2010, as set forth in the Proposed Order filed
8  concurrently herewith.  The parties request this modified schedule to accommodate schedule
9  conflicts experienced by counsel for AST and Comtech.

11 Date:  November 10, 2010            SANDERS & PARKS P.C.

13                                       /s/Michelle Breit _____
                                       Michelle G. Breit
14                                     Attorneys for Plaintiff
                                       APPLIED SIGNAL TECHNOLOGY
                                       And Third-Party Counterclaim Defendant
15                                     COMTECH EF DATA, CORP.

18 Date:  November 10, 2010            FISH & RICHARDSON P.C.

19                                      /s/ Seth Sproul__
                                       Seth M. Sproul
20                                     Attorneys for Defendants
                                       PARADISE DATACOM, LLC
21                                     and VIASAT, INC.

2

**DECLARATION OF CONSENT**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Seth M. Sproul.

Date: November 10, 2010            SANDERS & PARKS P.C.

                                     /s/ Michelle Breit
                                    Michelle G. Breit
Attorneys for Plaintiff
APPLIED SIGNAL TECHNOLOGY
And Third-Party Counterclaim Defendant
COMTECH EF DATA, CORP

3

STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND AND REPLY TO        CASE NO. 09-CV-02180-SBA
VIASAT'S AND PARADISE'S MOTION FOR PROTECTIVE ORDER

**ORDER**

The date for Applied Signal Technology, Inc. and Comtech EF Data Corp. to respond to ViaSat, Inc. and Paradise Datacom LLC's Motion for Entry of Protective Order is hereby extended to November 18, 2010 and the date for ViaSat, Inc. and Paradise Datacom, LLC to reply is hereby extended to November 30, 2010.

Dated: November 12, 2010

GRANTED
Judge Donna M. Ryu

_____
DONNA M. RYU
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT