RICK N. BRYSON (*Pro hac vice*)
Rick.Bryson@SandersParks.com
MICHELLE BREIT, Bar No. 133143
Michelle.Breit@SandersParks.com
BRETT M. HAGER (*Pro hac vice*)
Brett.Hager@SandersParks.com
BENJAMIN K. ERLICK (*Pro hac vice*)
Benjamin.Erlick@SandersParks.com
SANDERS & PARKS P.C.
3030 N. Third Street, Suite 1300
Phoenix, AZ 85012-3099
Telephone:  (602) 532-5600
Facsimile:  (602) 532-5700

JAMES C. OTTESON, Bar No. 157781
jim@agilityiplaw.com
AGILITY IP LAW
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone:  (408) 291-2750
Facsimile:   (408) 297-6000

Attorneys for Plaintiff and Counterclaim Defendant
APPLIED SIGNAL TECHNOLOGY, INC.  and
Third-Party Defendant COMTECH EF DATA, CORP.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| APPLIED SIGNAL TECHNOLOGY, INC. <br><br> Plaintiff, <br><br> vs. <br><br> EMERGING MARKETS COMMUNICATIONS, INC., EMC SATCOM TECHNOLOGIES, INC., PARADISE DATACOM, LLC, and VIASAT, INC., <br><br> Defendants. | Case No. 09-CV-02180-SBA <br><br> JOINT STATUS REPORT ON THE PROGRESS OF SETTLEMENT BETWEEN APPLIED SIGNAL, COMTECH EF DATA, EMERGING MARKETS COMMUNICATIONS, AND EMC SATCOM TECHNOLOGIES, AND REQUEST FOR EXTENSION OF RELIEF FROM THE CASE MANAGEMENT SCHEDULING CONFERENCE ORDER |
| AND RELATED COUNTERCLAIMS AND THIRD PARTY CLAIMS | |

1

COMTECH EF DATA CORP'S AND APPLIED SIGNAL TECHNOLOGY, INC.'S         CASE NO. 09-CV-02180-SBA
JOINT STATUS REPORT ON THE PROGRESS OF SETTLEMENT

1  Pursuant to the Joint Status Report dated November 22, 2010 (Dkt. No. 197), defendants Emerging Markets Communications, Inc., and EMC Satcom Technologies, Inc. (collectively "EMC"), plaintiff and counter-defendant Applied Signal Technology, Inc. ("AST"), third-party defendant Comtech EF Data Corp. ("Comtech"), submit this joint status report on the progress of settlement.

As previously reported to the Court, AST, Comtech, and EMC agreed at the settlement conference before Magistrate Judge Zimmerman to settle their dispute. The parties have exchanged written draft settlement license proposals and are in general agreement on many license terms, though certain terms are still subject to ongoing negotiation.

On November 22, 2010, the parties filed a Joint Status Report requesting additional time to finalize their settlement to January 14, 2011. It has come to the attention of the parties that the proposed order attached to that report was never signed and entered by the Court granted the extension to January 14, 2011. However, due to a number of factors, including the many unusual and customized provisions being negotiated, the parties continue to work diligently to finalize their agreement. The parties firmly believe they are very close to having the settlement finalized. As such, the parties respectfully and jointly stipulate and request that the Court extend the stipulated January 14, 2011 date for a period of thirty (30) days from the existing date of January 14, 2011 to February 14, 2011. The parties will continue to work diligently during this time to finalize their settlement license agreement, which the parties continue to expect will result in the dismissal of the EMC entities from this litigation.

Date: January 13, 2011                     SANDERS & PARKS P.C.

                                           */s/   Rick N. Bryson*
                                           Rick N. Bryson
                                           and

2

AGILITY IP LAW

*/s/     James C. Otteson*
James C. Otteson
ATTORNEYS FOR PLAINTIFF/
COUNTERDEFENDANT APPLIED SIGNAL
TECHNOLOGY AND THIRD-PARTY
DEFENDANT COMTECH EF DATA CORP.


Date: January 13, 2011

HARNESS, DICKEY & PIERCE, PLC

*/s/     Rudolph A. Telscher*
Rudolph A. Telscher
ATTORNEYS FOR DEFENDANTS
EMERGING MARKETS
COMMUNICATIONS, INC. and EMC
SATCOM TECHNOLOGIES, INC.

3

COMTECH EF DATA CORP'S AND APPLIED SIGNAL TECHNOLOGY, INC.'S          CASE NO. 09-CV-02180-SBA
JOINT STATUS REPORT ON THE PROGRESS OF SETTLEMENT

**DECLARATION OF CONSENT**

Pursuant to General Order No. 45, Section X (B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Rudolph A. Telscher.

Date: January 13, 2011          SANDERS & PARKS P.C.

*/s/     Rick N. Bryson*
Rick N. Bryson
ATTORNEYS FOR PLAINTIFF/
COUNTERDEFENDANT APPLIED SIGNAL
TECHNOLOGY AND THIRD-PARTY
DEFENDANT COMTECH EF DATA CORP

4

COMTECH EF DATA CORP'S AND APPLIED SIGNAL TECHNOLOGY, INC.'S           CASE NO. 09-CV-02180-SBA
JOINT STATUS REPORT ON THE PROGRESS OF SETTLEMENT

**ORDER**

Pursuant to stipulation, it is hereby ordered that the Court's August 12, 2010 order (Dkt. No. 153) granting relief from the Case Management Conference Scheduling Order is extended an additional 30 days from the current existing date of January 14, 2011 to February 14, 2011. Plaintiff Applied Signal Technology, Inc. shall file a notice of dismissal, or a joint status report with EMC on the progress of settlement, by February 14, 2011.

Dated: 11/13/11                              _____
                                             SAUNDRA BROWN ARMSTRONG
                                             JUDGE, UNITED STATES DISTRICT COURT

5

COMTECH EF DATA CORP'S AND APPLIED SIGNAL TECHNOLOGY, INC.'S                    CASE NO. 09-CV-02180-SBA
JOINT STATUS REPORT ON THE PROGRESS OF SETTLEMENT