Joseph E. Walsh, Jr. *(admitted pro hac vice)*
jwalsh@hdp.com
Rudolph A. Telscher *(admitted pro hac vice)*
rtelscher@hdp.com
Douglas A. Robinson *(admitted pro hac vice)*
drobinson@hdp.com
HARNESS DICKEY & PIERCE, P.L.C.
7700 Bonhomme, Suite 400
St. Louis, MO 63105
Tel:  (314) 726-7500; Fax:  (314) 726-7501

Philip J. Wang, Bar No. 218349
phil@philwanglaw.com
The Law Office of Philip J. Wang
160 Bovet Road, Suite 310
San Mateo, CA 94402-3100
Tel:  (650)521-9020

***Attorneys for Emerging Markets Communications,
Inc. and EMC Satcom Technologies, LLC***

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| APPLIED SIGNAL TECHNOLOGY, INC.<br><br>Plaintiff,<br><br>vs.<br><br>EMERGING MARKETS COMMUNICATIONS, INC., EMC SATCOM TECHNOLOGIES, INC., PARADISE DATACOM, LLC, and VIASAT, INC.,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS AND THIRD PARTY CLAIMS | Case No. 09-CV-02180-SBA<br><br>JOINT STATUS REPORT ON THE PROGRESS OF SETTLEMENT BETWEEN APPLIED SIGNAL, COMTECH EF DATA, EMERGING MARKETS COMMUNICATIONS, AND EMC SATCOM TECHNOLOGIES, AND REQUEST FOR EXTENSION OF RELIEF FROM THE CASE MANAGEMENT SCHEDULING CONFERENCE ORDER |

Pursuant to the Joint Status Report dated January 13, 2011 (Dkt. No. 203),

defendants Emerging Markets Communications, Inc., and EMC Satcom Technologies,

1

Inc. (collectively "EMC"), plaintiff and counter-defendant Applied Signal Technology, Inc. ("AST"), third-party defendant Comtech EF Data Corp. ("Comtech"), submit this joint status report on the progress of settlement.

As previously reported to the Court, AST, Comtech, and EMC agreed at the settlement conference before Magistrate Judge Zimmerman to settle their dispute. The parties have exchanged written draft settlement license proposals and are in general agreement on many license terms, though certain terms are still subject to ongoing negotiation.

On January 13, 2011, the parties filed a Joint Status Report requesting additional time to finalize their settlement to February 14, 2011. That request was granted on January 20, 2011 (Dkt. No. 210). Due to a number of factors, including the many unusual and customized provisions being negotiated, the parties continue to work diligently to finalize their agreement, and only a limited number of closely-related license terms remain to be finalized. On February 14, 2011 the parties, including party principals, held a telephone conference to address these remaining points. Based on that discussion, the parties are exploring potential options for addressing each others' concerns on the remaining few unresolved issues, and the parties continue to believe they are very close to having the settlement finalized. As such, the parties respectfully and jointly stipulate and request that the Court extend the stipulated February 14, 2011 date for a period of thirty (30) days from the existing date of February 14, 2011 to March 16, 2011. The parties will continue to work diligently during this time to finalize their settlement license agreement, which the parties continue to expect will result in the dismissal of the EMC entities from this litigation.

| | | |
|---|---|---|
| 1 | Date:  February 14, 2011 | HARNESS, DICKEY & PIERCE, PLC |
| 2 | | |
| 3 | | /s/ Rudolph A. Telscher, Jr. |
| 4 | | Rudolph A. Telscher, Jr.<br>ATTORNEYS FOR DEFENDANTS |
| 5 | | EMERGING MARKETS<br>COMMUNICATIONS, INC. and EMC |
| 6 | | SATCOM TECHNOLOGIES, INC. |
| 7 | Date:  February 14, 2011 | SANDERS & PARKS P.C. |
| 8 | | |
| 9 | | /s/ Rick N. Bryson |
| 10 | | Rick N. Bryson<br>ATTORNEYS FOR PLAINTIFF/ |
| 11 | | COUNTER-DEFENDANT APPLIED<br>SIGNAL TECHNOLOGY AND THIRD- |
| 12 | | PARTY DEFENDANT COMTECH EF<br>DATA CORP. |

3

DECLARATION OF CONSENT

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Rick N. Bryson.

Date:  February 14, 2011                HARNESS, DICKEY & PIERCE, PLC

/s/ Rudolph A. Telscher, Jr.
Rudolph A. Telscher
ATTORNEYS FOR DEFENDANTS
EMERGING MARKETS
COMMUNICATIONS, INC. and EMC
SATCOM TECHNOLOGIES, INC.

**ORDER**

Pursuant to stipulation, it is hereby ordered that the Court's January 20, 2011 order (Dkt. No. 210) granting relief from the Case Management Conference Scheduling Order is extended an additional 30 days from the current existing date of February 14, 2011 to March 16, 2011. Plaintiff Applied Signal Technology, Inc. shall file a notice of dismissal, or a joint status report with EMC on the progress of settlement, by March 16, 2011.

Dated: 2/18/11

_____
SAUNDRA BROWN ARMSTRONG
JUDGE, UNITED STATES DISTRICT COURT

60783436.1