1  RICK N. BRYSON (*Pro hac vice*)
   Rick.Bryson@SandersParks.com
2  MICHELLE BREIT, Bar No. 133143
   Michelle.Breit@SandersParks.com
3  BRETT M. HAGER (*Pro hac vice*)
   Brett.Hager@SandersParks.com
4  BENJAMIN K. ERLICK (*Pro hac vice*)
   Benjamin.Erlick@SandersParks.com
5  SANDERS & PARKS P.C.
   3030 N. Third Street, Suite 1300
6  Phoenix, AZ 85012-3099
   Telephone:  (602) 532-5600
7  Facsimile:  (602) 532-5700

8  JAMES C. OTTESON, Bar No. 157781
   jim@agilityiplaw.com
9  AGILITY IP LAW
   1900 University Circle, Suite 201
10 East Palo Alto, CA  94303
   Attorneys for Plaintiff and Counterclaim Defendant
11 APPLIED SIGNAL TECHNOLOGY, INC.  and
   Third-Party Defendant COMTECH EF DATA, CORP.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| APPLIED SIGNAL TECHNOLOGY, INC.<br><br>Plaintiff,<br><br>vs.<br><br>EMERGING MARKETS COMMUNICATIONS, INC., EMC SATCOM TECHNOLOGIES, INC., PARADISE DATACOM, LLC, and VIASAT, INC.,<br><br>Defendants. | Case No. 09-CV-02180-SBA<br><br>JOINT STATUS REPORT ON THE PROGRESS OF SETTLEMENT BETWEEN APPLIED SIGNAL, COMTECH EF DATA, EMERGING MARKETS COMMUNICATIONS, AND EMC SATCOM TECHNOLOGIES, AND REQUEST FOR EXTENSION OF RELIEF FROM THE CASE MANAGEMENT SCHEDULING CONFERENCE ORDER |
| AND RELATED COUNTERCLAIMS AND THIRD PARTY CLAIMS | |

Pursuant to the Joint Status Report dated February 14, 2011 (Dkt. No. 218), defendants Emerging Markets Communications, Inc., and EMC Satcom Technologies,

1

Inc. (collectively "EMC"), plaintiff and counter-defendant Applied Signal Technology, Inc. ("AST"), third-party defendant Comtech EF Data Corp. ("Comtech"), submit this joint status report on the progress of settlement.

As previously reported to the Court, AST, Comtech, and EMC agreed at the settlement conference before Magistrate Judge Zimmerman to settle their dispute. The parties have exchanged written draft settlement license proposals and are in general agreement on many license terms, though certain terms are still subject to ongoing negotiation.

On February 14, 2011, the parties filed a Joint Status Report requesting additional time to finalize their settlement to March 16, 2011. That request was granted on February 18, 2011 (Dkt. No. 219). However, due to a number of factors, including the many unusual and customized provisions being negotiated, the parties continue to work diligently to finalize their agreement. The parties firmly believe they are very close to having the settlement finalized. As such, the parties respectfully and jointly stipulate and request that the Court extend the stipulated March 16, 2011 date for a period of thirty (30) days from the existing date of March 16, 2011 to April 18, 2011. The parties will continue to work diligently during this time to finalize their settlement license agreement, which the parties continue to expect will result in the dismissal of the EMC entities from this litigation.

Date: March 16, 2011                SANDERS & PARKS P.C.

                                    */s/     Rick N. Bryson*
                                    Rick N. Bryson
                                    and

2

COMTECH EF DATA CORP'S AND APPLIED SIGNAL TECHNOLOGY, INC.'S                 CASE NO. 09-CV-02180-SBA
JOINT STATUS REPORT ON THE PROGRESS OF SETTLEMENT

|   |   |   |
|---|---|---|
| 1 |   | AGILITY IP LAW |
| 2 |   |   |
| 3 |   | */s/      James C. Otteson*<br>James C. Otteson |
| 4 |   | ATTORNEYS FOR PLAINTIFF/<br>COUNTERDEFENDANT APPLIED SIGNAL |
| 5 |   | TECHNOLOGY AND THIRD-PARTY<br>DEFENDANT COMTECH EF DATA CORP. |
| 6 |   |   |
| 7 |   |   |
| 8 | Date: March 16, 2011 | HARNESS, DICKEY & PIERCE, PLC |
| 9 |   | */s/      Rudolph A. Telscher* |
| 10 |   | Rudolph A. Telscher<br>ATTORNEYS FOR DEFENDANTS |
| 11 |   | EMERGING MARKETS<br>COMMUNICATIONS, INC. and EMC |
| 12 |   | SATCOM TECHNOLOGIES, INC. |

3

**DECLARATION OF CONSENT**

Pursuant to General Order No. 45, Section X (B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Douglas A. Robinson.

Date: March 16, 2011                SANDERS & PARKS P.C.

*/s/    Rick N. Bryson*
Rick N. Bryson
ATTORNEYS FOR PLAINTIFF/
COUNTERDEFENDANT APPLIED SIGNAL
TECHNOLOGY AND THIRD-PARTY
DEFENDANT COMTECH EF DATA CORP

4

COMTECH EF DATA CORP'S AND APPLIED SIGNAL TECHNOLOGY, INC.'S                CASE NO. 09-CV-02180-SBA
JOINT STATUS REPORT ON THE PROGRESS OF SETTLEMENT

# ORDER

Pursuant to stipulation, it is hereby ordered that the Court's February 18, 2011 order (Dkt. No. 219) granting relief from the Case Management Conference Scheduling Order is extended an additional 30 days from the current existing date of March 14, 2011 to April 18, 2011. Plaintiff Applied Signal Technology, Inc. shall file a notice of dismissal, or a joint status report with EMC on the progress of settlement, by April 18, 2011.

Dated: 3/17/11

_____
SAUNDRA BROWN ARMSTRONG
JUDGE, UNITED STATES DISTRICT COURT