Joseph E. Walsh, Jr. *(admitted pro hac vice)*
jwalsh@hdp.com
Rudolph A. Telscher *(admitted pro hac vice)*
rtelscher@hdp.com
Douglas A. Robinson *(admitted pro hac vice)*
drobinson@hdp.com
HARNESS DICKEY & PIERCE, P.L.C.
7700 Bonhomme, Suite 400
St. Louis, MO 63105
Tel:  (314) 726-7500; Fax:  (314) 726-7501

Philip J. Wang, Bar No. 218349
phil@philwanglaw.com
The Law Office of Philip J. Wang
160 Bovet Road, Suite 310
San Mateo, CA 94402-3100
Tel:  (650)521-9020

***Attorneys for Emerging Markets Communications,
Inc. and EMC Satcom Technologies, LLC***

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| APPLIED SIGNAL TECHNOLOGY, INC. | Case No. 09-CV-02180-SBA |
| Plaintiff, | JOINT STATUS REPORT ON THE PROGRESS OF SETTLEMENT BETWEEN APPLIED SIGNAL, COMTECH EF DATA, EMERGING MARKETS COMMUNICATIONS, AND EMC SATCOM TECHNOLOGIES, AND REQUEST FOR EXTENSION OF RELIEF FROM THE CASE MANAGEMENT SCHEDULING CONFERENCE ORDER |
| vs. | |
| EMERGING MARKETS COMMUNICATIONS, INC., EMC SATCOM TECHNOLOGIES, INC., PARADISE DATACOM, LLC, and VIASAT, INC., | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS AND THIRD PARTY CLAIMS | |

Pursuant to the Joint Status Report dated April 18, 2011 (Dkt. No. 232),

defendants Emerging Markets Communications, Inc., and EMC Satcom Technologies,

Inc. (collectively "EMC"), plaintiff and counter-defendant Applied Signal Technology, Inc. ("AST"), third-party defendant Comtech EF Data Corp. ("Comtech"), submit this joint status report on the progress of settlement.

As previously reported to the Court, AST, Comtech, and EMC agreed at the settlement conference before Magistrate Judge Zimmerman to settle their dispute. The parties have exchanged written draft settlement license proposals and are in general agreement on many license terms, though a limited number of related terms are still subject to ongoing negotiation.

On April 18, 2011, the parties filed a Joint Status Report requesting additional time to finalize their settlement to April 28, 2011. The Court has not entered an Order regarding this request. However, due to a number of factors, including the many unusual and customized provisions being negotiated, the parties continue to work diligently to finalize their agreement, and only a limited number of closely-related license terms remain to be finalized. The parties firmly believe they are very close to having the settlement finalized. The parties have also discussed the possibility of seeking the assistance of the Court in arranging for another settlement conference with a Magistrate Judge to aid the parties in addressing the remaining issues, though the parties remain optimistic that that they will be able to reach a settlement. As such, the parties respectfully and jointly stipulate and request that the Court extend the stipulated April 28, 2011 date for a period of fourteen (14) days to May 12, 2011. The parties will continue to work diligently during this time to finalize their settlement license agreement, which the parties continue to expect will result in the dismissal of the EMC entities from this litigation.

| | | |
|---|---|---|
| 1 | Date:  April 28, 2011 | HARNESS, DICKEY & PIERCE, PLC |
| 2 | | |
| 3 | | /s/ Douglas A. Robinson |
| 4 | | Douglas A. Robinson<br>ATTORNEYS FOR DEFENDANTS |
| 5 | | EMERGING MARKETS<br>COMMUNICATIONS, INC. and EMC |
| 6 | | SATCOM TECHNOLOGIES, INC. |
| 7 | Date:  April 28, 2011 | SANDERS & PARKS P.C. |
| 8 | | |
| 9 | | /s/ Rick N. Bryson |
| 10 | | Rick N. Bryson<br>ATTORNEYS FOR PLAINTIFF/ |
| 11 | | COUNTER-DEFENDANT APPLIED<br>SIGNAL TECHNOLOGY AND THIRD- |
| 12 | | PARTY DEFENDANT COMTECH EF |
| 13 | | DATA CORP. |

3

DECLARATION OF CONSENT

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Rick Bryson.

Date: April 28, 2011                           HARNESS, DICKEY & PIERCE, PLC


                                               /s/ Douglas A. Robinson
                                               Douglas A. Robinson
                                               ATTORNEYS FOR DEFENDANTS
                                               EMERGING MARKETS
                                               COMMUNICATIONS, INC. and EMC
                                               SATCOM TECHNOLOGIES, INC.

**ORDER**

Pursuant to stipulation, it is hereby ordered that the Court's March 18, 2011 order (Dkt. No. 228) granting relief from the Case Management Conference Scheduling Order is extended an additional 7 days from the parties' stipulated date of April 28, 2011 to May 12, 2011.  Plaintiff Applied Signal Technology, Inc. shall file a notice of dismissal, or a joint status report with EMC on the progress of settlement, by May 6, 2011.

Dated: 5/2/11

_____
SAUNDRA BROWN ARMSTRONG
JUDGE, UNITED STATES DISTRICT COURT

60807811