Frank E. Scherkenbach (SBN 142549), scherkenbach@fr.com
Fish & Richardson P.C.
One Marina Park Drive
Boston, MA 02210-1878
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Christopher S. Marchese (SBN 170239), marchese@fr.com
Seth M. Sproul (SBN 217711), sproul@fr.com
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA  92130
Telephone:  (858) 678-5070
Facsimile:  (858) 678-5099

Erin E. Kaiser (SBN 259926), kaiser@fr.com
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone:  (650) 839-5070
Facsimile:  (650) 839-5071

Attorneys for Defendants, Counterclaimants and Third-Party Plaintiff
ViaSat, Inc. and Teledyne Paradise Datacom, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| APPLIED SIGNAL TECHNOLOGY, INC.<br><br>Plaintiff,<br><br>v.<br><br>EMERGING MARKETS COMMUNICATIONS, INC.; EMC SATCOM TECHNOLOGIES, INC.; PARADISE DATACOM, LLC; and VIASAT, INC.,<br><br>Defendants,<br><br>AND RELATED CLAIMS. | Case No. 09-CV-02180 SBA<br><br>ORDER GRANTING VIASAT, INC. AND TELEDYNE PARADISE DATACOM, LLC'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE CERTAIN DOCUMENTS UNDER SEAL<br><br>Date:    May 24, 2011<br>Time:    9:00 a.m.<br>Judge:   Hon. Saundra B. Armstrong<br>Courtroom: 1, 4th floor |

[Proposed] Order Granting ViaSat and Teledyne Paradise Datacom Motion for Administrative Relief to File Certain Documents Under Seal

Case No. 09-CV-02180 SBA

1  ViaSat, Inc. and Teledyne Paradise Datacom, LLC's ("Defendants") filed a Motion for
2  Administrative Relief pursuant to Civil Local Rules 7-11 and 79-5, and General Order No. 62 for
3  permission to file certain documents under seal.
4  Good cause appearing therefore, the Court GRANTS Defendants' request.
5  IT IS HEREBY ORDERED THAT the following documents shall be filed under seal:
6  - ViaSat, Inc. and Teledyne Paradise Datacom, LLC's Opposition to Motion for
7    Leave to File Amended Pleadings;
8  - Exhibits 1-13 to the Declaration of Seth M. Sproul in Support of ViaSat, Inc. and
9    Teledyne Paradise Datacom, LLC's Opposition to Motion for Leave to File
10   Amended Pleadings.
11
12 IT IS SO ORDERED.
13
14 Dated: 5/4/11

*[signature]*
Hon. Saundra B. Armstrong
United States District Court Judge

11151271.doc

[Proposed] Order Granting ViaSat and Teledyne      1      Case No. 09-CV-02180 SBA
Paradise Datacom Motion for Administrative Relief
to File Certain Documents Under Seal