RICK N. BRYSON (*Pro hac vice*)
Rick.Bryson@SandersParks.com
MICHELLE BREIT, Bar No. 133143
Michelle.Breit@SandersParks.com
BRETT M. HAGER (*Pro hac vice*)
Brett.Hager@SandersParks.com
BENJAMIN K. ERLICK (*Pro hac vice*)
Benjamin.Erlick@SandersParks.com
SANDERS & PARKS P.C.
3030 N. Third Street, Suite 1300
Phoenix, AZ 85012-3099
Telephone: (602) 532-5600
Facsimile: (602) 532-5700

JAMES C. OTTESON, Bar No. 157781
jim@agilityiplaw.com
AGILITY IP LAW
1900 University Circle, Suite 201
East Palo Alto, CA 94303
Attorneys for Plaintiff and Counterclaim Defendant
APPLIED SIGNAL TECHNOLOGY, INC. and
Third-Party Defendant COMTECH EF DATA, CORP.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| APPLIED SIGNAL TECHNOLOGY, INC.<br><br>Plaintiff,<br><br>vs.<br><br>EMERGING MARKETS COMMUNICATIONS, INC., EMC SATCOM TECHNOLOGIES, INC., PARADISE DATACOM, LLC, and VIASAT, INC.,<br><br>Defendants. | Case No. 09-CV-02180-SBA<br><br>JOINT STATUS REPORT ON THE PROGRESS OF SETTLEMENT BETWEEN APPLIED SIGNAL, COMTECH EF DATA, EMERGING MARKETS COMMUNICATIONS, AND EMC SATCOM TECHNOLOGIES, AND REQUEST FOR EXTENSION OF RELIEF FROM THE CASE MANAGEMENT SCHEDULING CONFERENCE ORDER |
| AND RELATED COUNTERCLAIMS AND THIRD PARTY CLAIMS | |

Pursuant to the Joint Status Report dated April 28, 2011 (Dkt. No. 233) and the Order signed by Judge Armstrong on May 2, 2011 (Dkt. No. 234), defendants Emerging

1

COMTECH EF DATA CORP'S AND APPLIED SIGNAL TECHNOLOGY, INC.'S   CASE NO. 09-CV-02180-SBA
JOINT STATUS REPORT ON THE PROGRESS OF SETTLEMENT

1  Markets Communications, Inc., and EMC Satcom Technologies, Inc. (collectively
2  "EMC"), plaintiff and counter-defendant Applied Signal Technology, Inc. ("AST"),
3  third-party defendant Comtech EF Data Corp. ("Comtech"), submit this joint status report
4  on the progress of settlement.
5       On April 28, 2011, the parties filed a Joint Status Report requesting additional
6  time to finalize their settlement to May 12, 2011 given new party Raytheon's need to
7  complete its review of the settlement agreement.  That request was granted on May 2,
8  2011 (Dkt. No. 234), but the court moved the requested date from May 12, 2011 to May
9  6, 2011.
10      As previously reported to the Court, AST, Comtech, and EMC agreed at the
11 settlement conference before Magistrate Judge Zimmerman to settle their dispute.  The
12 parties have exchanged written draft settlement license proposals and are in general
13 agreement on most license terms, but require the assistance of the settlement Magistrate
14 to finalize the license.  Therefore, the parties request the court refer the parties to
15 Magistrate Zimmerman for assistance in resolving these remaining issues.
16      .

Date: May 6, 2011                              SANDERS & PARKS P.C.

                                               */s/      Rick N. Bryson*
                                               Rick N. Bryson
                                               and




                                               AGILITY IP LAW


                                               */s/      James C. Otteson*
                                               James C. Otteson
                                               ATTORNEYS FOR PLAINTIFF/
                                               COUNTERDEFENDANT APPLIED SIGNAL

2

1                                  TECHNOLOGY AND THIRD-PARTY DEFENDANT COMTECH EF DATA CORP.

2

3

4   Date: May 6, 2011                HARNESS, DICKEY & PIERCE, PLC

5                                  */s/     Rudolph A. Telscher*

6                                  Rudolph A. Telscher
                                   ATTORNEYS FOR DEFENDANTS

7                                  EMERGING MARKETS COMMUNICATIONS, INC. and EMC

8                                  SATCOM TECHNOLOGIES, INC.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**DECLARATION OF CONSENT**

Pursuant to General Order No. 45, Section X (B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from **Douglas A. Robinson.**

Date: May 6, 2011             SANDERS & PARKS P.C.

                                   */s/     Rick N. Bryson*
                                   Rick N. Bryson
                                   ATTORNEYS FOR PLAINTIFF/
                                   COUNTERDEFENDANT APPLIED SIGNAL
                                   TECHNOLOGY AND THIRD-PARTY
                                   DEFENDANT COMTECH EF DATA CORP

4

COMTECH EF DATA CORP'S AND APPLIED SIGNAL TECHNOLOGY, INC.'S                              CASE NO. 09-CV-02180-SBA
JOINT STATUS REPORT ON THE PROGRESS OF SETTLEMENT

**ORDER**

Pursuant to stipulation, it is hereby ordered that the Court's May 2, 2011 order (Dkt. No. 234) granting relief from the Case Management Conference Scheduling Order is extended an additional 7 days from the current existing date of May 6, 2011 to May 13, 2011. Plaintiff Applied Signal Technology, Inc. shall file a notice of dismissal, or a joint status report with EMC on the progress of settlement, by May 13, 2011.

IT IS ALSO ORDERED that the parties are referred to Magistrate Bernard Zimmerman for assistance in resolving outstanding issues.

Dated: 5/9/11

_____
SAUNDRA BROWN ARMSTRONG
JUDGE, UNITED STATES DISTRICT COURT

5

COMTECH EF DATA CORP'S AND APPLIED SIGNAL TECHNOLOGY, INC.'S
JOINT STATUS REPORT ON THE PROGRESS OF SETTLEMENT                                    CASE NO. 09-CV-02180-SBA