1  RICK N. BRYSON (*Pro hac vice*)
   Rick.Bryson@SandersParks.com
2  MICHELLE BREIT, Bar No. 133143
   Michelle.Breit@SandersParks.com
3  BRETT M. HAGER (*Pro hac vice*)
   Brett.Hager@SandersParks.com
4  BENJAMIN ERLICK (*Pro hac vice*)
   Benjamin.Erlick@SandersParks.com
5  JOHN W. DOWNING, Bar No. 252850
   John.Downing@SandersParks.com
6  SANDERS & PARKS P.C.
   3030 N. Third Street, Suite 1300
7  Phoenix, AZ 85012-3099
   Telephone:  (602) 532-5600
8  Facsimile:  (602) 532-5700

9  JAMES C. OTTESON, Bar No. 157781
   jim@agilityiplaw.com
10 MONICA MUCCHETTI ENO, Bar No. 164107
   monica@agilityiplaw.com
11 AGILITY IP LAW
   1900 University Circle, Suite 201
12 East Palo Alto, CA 94303
   Telephone:  (650) 227-4800
13 Facsimile:   (650) 318-3483

14 Attorneys for Plaintiff
   APPLIED SIGNAL TECHNOLOGY, INC. and
15 Third Party Defendant
   COMTECH EF DATA CORP.

16

17                 UNITED STATES DISTRICT COURT

18                 NORTHERN DISTRICT OF CALIFORNIA

19                         OAKLAND DIVISION

| | |
|---|---|
| 20  APPLIED SIGNAL TECHNOLOGY, INC., | CASE NO.:  09-CV-02180-SBA |
| 21          Plaintiff, | **ORDER GRANTING AST AND COMTECH'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE UNDER SEAL REPLY TO VIASAT'S AND PARADISES' OPPOSITION TO MOTION FOR LEAVE TO FILE AMENDED PLEADINGS** |
| 22          v. | |
| 23  EMERGING MARKETS COMMUNICATIONS, INC. EMC SATCOM TECHNOLOGIES, INC., | |
| 24  PARADISE DATACOM, LLC, and VIASAT, INC., | |
| 25 | |
| 26          Defendants. | Date:  May 24, 2011<br>Time:  1:00 p.m.<br>Place: Courtroom 1, 4th Floor<br>Judge: Hon. Saundra B. Armstrong |
| 27 | |
| 28  AND RELATED COUNTERCLAIMS AND THIRD PARTY CLAIMS | |

1  Applied Signal Technology, Inc. and Comtech EF Data Corporation ("AST and
2  Comtech") hereby files their Motion for Administrative Relief pursuant to Civil Local Rules 7-
3  11 and 79-5, and this Court's General Order No. 62, for permission to file under seal AST and
4  Comtech's Reply to ViaSat's and Paradise's Opposition to Motion for Leave to File Amended
5  Pleadings, the Declaration of Robert McCollum and the Declaration of James Doyle.
6  Good cause appearing therefore, the Court GRANTS AST and Comtech's request.
7  IT IS HEREBY ORDERED THAT AST and Comtech's Reply to ViaSat's and
8  Paradise's Opposition to Motion for Leave to File Amended Pleadings, the Declaration of Robert
9  McCollum and the Declaration of James Doyle shall be filed under seal.
10
11  IT IS SO ORDERED.
12  Dated: 5/11/11

_____
Hon. Saundra B. Armstrong
United States District Court Judge