1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLIED SIGNAL TECHNOLOGY INC., )<br>)<br>Plaintiff(s),     )<br>)<br>    v.                )<br>)<br>EMERGING MARKETS     )<br>COMMUNICATIONS, et al., )<br>)<br>Defendant(s).   )<br>_____) | No.  C09-2180 SBA (BZ)<br><br>**ORDER SCHEDULING TELEPHONE CONFERENCE** |

Pursuant to Judge Armstrong's referral dated May 9, 2011, **IT IS HEREBY ORDERED** as follows:

   1.  By **May 20, 2011**, the parties shall submit a **joint report** outlining the issues which require my assistance.  Each party may also submit a supplemental letter to me in private.

   2.  A telephone conference is scheduled for **Wednesday, May 25, 2011, at 9:00 a.m.,** to discuss the outstanding issues.  Counsel shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call.

   3.  If the parties believe that a settlement conference

1

1 | with personal attendance is preferable, they shall **jointly**
2 | notify the Court **IMMEDIATELY**.
3 | Dated: May 16, 2011

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.2011\APPLIED SIGNAL\ORDER SCHEDULING TELEPHONE CONFERENCE.FINAL VERSION.wpd