RICK N. BRYSON (*Pro hac vice*)
Rick.Bryson@SandersParks.com
MICHELLE BREIT, Bar No. 133143
Michelle.Breit@SandersParks.com
BRETT M. HAGER (*Pro hac vice*)
Brett.Hager@SandersParks.com
BENJAMIN K. ERLICK (*Pro hac vice*)
Benjamin.Erlick@SandersParks.com
SANDERS & PARKS P.C.
3030 N. Third Street, Suite 1300
Phoenix, AZ 85012-3099
Telephone:  (602) 532-5600
Facsimile:  (602) 532-5700

JAMES C. OTTESON, Bar No. 157781
jim@agilityiplaw.com
AGILITY IP LAW
1900 University Circle, Suite 201
East Palo Alto, CA  94303
Attorneys for Plaintiff and Counterclaim Defendant
APPLIED SIGNAL TECHNOLOGY, INC.  and
Third-Party Defendant COMTECH EF DATA, CORP.

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| APPLIED SIGNAL TECHNOLOGY, INC.<br><br>                               Plaintiff,<br><br>    vs.<br><br>EMERGING MARKETS COMMUNICATIONS, INC., EMC SATCOM TECHNOLOGIES, INC., PARADISE DATACOM, LLC, and VIASAT, INC.,<br><br>                        Defendants.<br><br>AND RELATED COUNTERCLAIMS AND THIRD PARTY CLAIMS | Case No. 09-CV-02180-SBA<br><br>JOINT STATUS REPORT ON THE PROGRESS OF SETTLEMENT BETWEEN APPLIED SIGNAL, COMTECH EF DATA, EMERGING MARKETS COMMUNICATIONS, AND EMC SATCOM TECHNOLOGIES, AND REQUEST FOR EXTENSION OF RELIEF FROM THE CASE MANAGEMENT SCHEDULING CONFERENCE ORDER |

Pursuant to the Joint Status Report dated May 6, 2011 (Dkt. No. 241) and the Order

signed by Judge Armstrong on May 9, 2011 (Dkt. No. 243), defendants Emerging Markets

1

Communications, Inc., and EMC Satcom Technologies, Inc. (collectively "EMC"), plaintiff and counter-defendant Applied Signal Technology, Inc. ("AST"), third-party defendant Comtech EF Data Corp. ("Comtech") submit this joint status report on the progress of settlement.

In their report to the Court on May 6, 2011, AST, Comtech, and EMC requested referral to Magistrate Judge Zimmerman for assistance in resolving their remaining issues as they work to finalize a settlement license.  In response, the Court's May 9, 2011 Order referred the above parties to Magistrate Judge Zimmerman for further settlement discussions.

Also on May 9, 2011, the above parties corresponded via email with Magistrate Judge Zimmerman requesting his assistance in finalizing their settlement agreement.  Also with that correspondence, the parties delivered to Magistrate Judge Zimmerman a copy of the May 6 Joint Status Report, along with a letter agreement identifying the remaining issues between the parties. That correspondence also addressed possible approaches to a further settlement conference.

Since the above parties and their remaining disputes are now referred to Magistrate Judge Zimmerman, the above parties will cooperate with Magistrate Judge Zimmerman in a further settlement conference or as otherwise directed.

In light of the above parties being referred to Magistrate Judge Zimmerman, they jointly stipulate and respectfully request that the Court order the next settlement status report be due thirty-one days from May 13, 2011, for a due date of June 13, 2011.

Date: May 13, 2011                          SANDERS & PARKS P.C.

_/s/      Rick N. Bryson_
Rick N. Bryson
ATTORNEYS FOR PLAINTIFF/
COUNTERDEFENDANT APPLIED SIGNAL
TECHNOLOGY AND THIRD-PARTY
DEFENDANT COMTECH EF DATA CORP.

1    Date: May 13, 2011                    HARNESS, DICKEY & PIERCE, PLC

2                                          /s/      *Rudolph A. Telscher*
3                                          Rudolph A. Telscher
     ATTORNEYS FOR DEFENDANTS
4                                          EMERGING MARKETS COMMUNICATIONS,
     INC. and EMC SATCOM TECHNOLOGIES, INC.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

                                                3

1

2

## DECLARATION OF CONSENT

3

Pursuant to General Order No. 45, Section X (B) regarding signatures, I attest under

4

penalty of perjury that concurrence in the filing of this document has been obtained from

5

Douglas A. Robinson.

6

Date: May 13, 2011                    SANDERS & PARKS P.C.

7

                                      _/s/     Rick N. Bryson_____

8                                      Rick N. Bryson
                                       ATTORNEYS FOR PLAINTIFF/

9                                      COUNTERDEFENDANT APPLIED SIGNAL
                                       TECHNOLOGY AND THIRD-PARTY

10                                     DEFENDANT COMTECH EF DATA CORP

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

4

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

# ORDER

Pursuant to stipulation, it is hereby ordered that the Court's May 2, 2011 order (Dkt. No. 243) granting relief from the Case Management Conference Scheduling Order is extended an additional thirty one (31) days from the current stipulated date of May 13, 2011 to June 13, 2011. Plaintiff Applied Signal Technology, Inc. shall file a notice of dismissal, or a joint status report with EMC on the progress of settlement, by June 13, 2011.

Dated: 5/19/11

_____

SAUNDRA BROWN ARMSTRONG
JUDGE, UNITED STATES DISTRICT COURT