RICK N. BRYSON (*Pro hac vice*)
Rick.Bryson@SandersParks.com
MICHELLE BREIT, Bar No. 133143
Michelle.Breit@SandersParks.com
BRETT M. HAGER (*Pro hac vice*)
Brett.Hager@SandersParks.com
BENJAMIN K. ERLICK (*Pro hac vice*)
Benjamin.Erlick@SandersParks.com
SANDERS & PARKS P.C.
3030 N. Third Street, Suite 1300
Phoenix, AZ 85012-3099
Telephone:  (602) 532-5600
Facsimile:  (602) 532-5700

JAMES C. OTTESON, Bar No. 157781
jim@agilityiplaw.com
AGILITY IP LAW
1900 University Circle, Suite 201
East Palo Alto, CA  94303
Attorneys for Plaintiff and Counterclaim Defendant
APPLIED SIGNAL TECHNOLOGY, INC.  and
Third-Party Defendant COMTECH EF DATA, CORP.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| APPLIED SIGNAL TECHNOLOGY, INC.<br><br>Plaintiff,<br><br>vs.<br><br>EMERGING MARKETS COMMUNICATIONS, INC., EMC SATCOM TECHNOLOGIES, INC., PARADISE DATACOM, LLC, and VIASAT, INC.,<br><br>Defendants. | Case No. 09-CV-02180-SBA<br><br>JOINT STATUS REPORT ON THE PROGRESS OF SETTLEMENT BETWEEN APPLIED SIGNAL, COMTECH EF DATA, EMERGING MARKETS COMMUNICATIONS, AND EMC SATCOM TECHNOLOGIES, AND REQUEST FOR EXTENSION OF RELIEF FROM THE CASE MANAGEMENT SCHEDULING CONFERENCE ORDER |
| AND RELATED COUNTERCLAIMS AND THIRD PARTY CLAIMS | |

Pursuant to the Joint Status Report dated May 13, 2011 (Dkt. No. 251) and the Order signed by Judge Armstrong on May 24, 2011 (Dkt. No. 258), plaintiff and counter-

1

defendant Applied Signal Technology, Inc. ("AST") and third-party defendant Comtech EF Data Corp. ("Comtech") and defendants Emerging Markets Communications, Inc., and EMC Satcom Technologies, Inc. (collectively "EMC") submit this joint status report on the progress of settlement.

Since the parties' settlement status report to the Court on May 13, 2011, AST, Comtech, and EMC have spoken with Magistrate Judge Zimmerman regarding assistance in resolving their remaining issues to finalize a settlement agreement.  In addition, the parties have also had further settlement discussions after speaking with Magistrate Judge Zimmerman and are working in good faith towards finalizing the settlement agreement.

If the parties are unable to resolve the remaining settlement issues, they may seek the Court's assistance.

In light of the above parties being referred to Magistrate Judge Zimmerman and their continuing to address final settlement in good faith, they jointly stipulate and respectfully request that the Court order the next settlement status report be due thirty days from June 13, 2011, for a due date of July 13, 2011.

Date: June 13, 2011                     SANDERS & PARKS P.C.

                                        */s/    Rick N. Bryson*
                                        Rick N. Bryson
                                        ATTORNEYS FOR PLAINTIFF/
                                        COUNTERDEFENDANT APPLIED SIGNAL
                                        TECHNOLOGY AND THIRD-PARTY
                                        DEFENDANT COMTECH EF DATA CORP.


Date: June 13, 2011                     HARNESS, DICKEY & PIERCE, PLC

                                        */s/    Rudolph A. Telscher*
                                        Rudolph A. Telscher
                                        ATTORNEYS FOR DEFENDANTS
                                        EMERGING MARKETS COMMUNICATIONS,
                                        INC. and EMC SATCOM TECHNOLOGIES, INC.

2

COMTECH EF DATA CORP'S AND APPLIED SIGNAL TECHNOLOGY, INC.'S                    CASE NO. 09-CV-02180-SBA
JOINT STATUS REPORT ON THE PROGRESS OF SETTLEMENT

**DECLARATION OF CONSENT**

Pursuant to General Order No. 45, Section X (B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Rudolph A. Telscher.

Date: June 13, 2011            SANDERS & PARKS P.C.

*/s/      Rick N. Bryson*
Rick N. Bryson
ATTORNEYS FOR PLAINTIFF/
COUNTERDEFENDANT APPLIED SIGNAL
TECHNOLOGY AND THIRD-PARTY
DEFENDANT COMTECH EF DATA CORP

3

COMTECH EF DATA CORP'S AND APPLIED SIGNAL TECHNOLOGY, INC.'S                    CASE NO. 09-CV-02180-SBA
JOINT STATUS REPORT ON THE PROGRESS OF SETTLEMENT

# ORDER

Pursuant to stipulation, it is hereby ordered that the Court's May 24, 2011 order (Dkt. No. 258) granting relief from the Case Management Conference Scheduling Order is extended an additional thirty (30) days from the current stipulated date of June 13, 2011 to July 13, 2011. Plaintiff Applied Signal Technology, Inc. shall file a notice of dismissal, or a joint status report with EMC on the progress of settlement, by July 13, 2011.

Dated: 6/13/11

_____
SAUNDRA BROWN ARMSTRONG
JUDGE, UNITED STATES DISTRICT COURT

4

COMTECH EF DATA CORP'S AND APPLIED SIGNAL TECHNOLOGY, INC.'S
JOINT STATUS REPORT ON THE PROGRESS OF SETTLEMENT                                            CASE NO. 09-CV-02180-SBA