RICK N. BRYSON (*Pro hac vice*)
Rick.Bryson@SandersParks.com
MICHELLE BREIT, Bar No. 133143
Michelle.Breit@SandersParks.com
BRETT M. HAGER (*Pro hac vice*)
Brett.Hager@SandersParks.com
BENJAMIN K. ERLICK (*Pro hac vice*)
Benjamin.Erlick@SandersParks.com
SANDERS & PARKS P.C.
3030 N. Third Street, Suite 1300
Phoenix, AZ 85012-3099
Telephone:  (602) 532-5600
Facsimile:  (602) 532-5700

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| APPLIED SIGNAL TECHNOLOGY, INC.<br><br>Plaintiff,<br><br>vs.<br><br>EMERGING MARKETS COMMUNICATIONS, INC., EMC SATCOM TECHNOLOGIES, INC., PARADISE DATACOM, LLC, and VIASAT, INC.,<br><br>Defendants.<br><hr>AND RELATED COUNTERCLAIMS AND THIRD PARTY CLAIMS | Case No. 09-CV-02180-SBA<br><br>JOINT STATUS REPORT ON THE PROGRESS OF SETTLEMENT BETWEEN APPLIED SIGNAL, COMTECH EF DATA, EMERGING MARKETS COMMUNICATIONS, AND EMC SATCOM TECHNOLOGIES, AND REQUEST FOR EXTENSION OF RELIEF FROM THE CASE MANAGEMENT SCHEDULING CONFERENCE ORDER |

Pursuant to the Joint Status Report dated July 13, 2011 (Dkt. No. 268), plaintiff and counter-defendant Applied Signal Technology, Inc. ("AST") and third-party defendant Comtech EF Data Corp. ("Comtech") and defendants Emerging Markets Communications, Inc., and EMC Satcom Technologies, Inc. (collectively "EMC") submit this joint status report on the progress of settlement.

1

1  As previously reported to the Court, AST, Comtech, and EMC have spoken with Magistrate Judge Zimmerman regarding their remaining issues to finalize a settlement agreement. In recent weeks the parties have discussed new ways to resolve their remaining issues and are working in good faith towards finalizing the settlement agreement. The parties continue to work together and believe they are making progress towards finalizing their settlement agreement.

If the parties are unable to resolve the remaining settlement issues, they may seek the Court's assistance.

In light of the above parties being referred to Magistrate Judge Zimmerman and their continuing to address final settlement in good faith, they jointly stipulate and respectfully request that the Court order the next settlement status report be due fourteen days from August 27, 2011, for a due date of September 12, 2011.

Date: August 29, 2011          SANDERS & PARKS P.C.

                               */s/    Rick N. Bryson*
                               Rick N. Bryson
                               ATTORNEYS FOR PLAINTIFF/
                               COUNTERDEFENDANT APPLIED SIGNAL
                               TECHNOLOGY AND THIRD-PARTY
                               DEFENDANT COMTECH EF DATA CORP.


Date: August 29, 2011          HARNESS, DICKEY & PIERCE, PLC

                               */s/    Douglas A. Robinson*
                               Rudolph A. Telscher
                               Douglas A. Robinson
                               ATTORNEYS FOR DEFENDANTS
                               EMERGING MARKETS COMMUNICATIONS,
                               INC. and EMC SATCOM TECHNOLOGIES, INC.

2

COMTECH EF DATA CORP'S AND APPLIED SIGNAL TECHNOLOGY, INC.'S                    CASE NO. 09-CV-02180-SBA
JOINT STATUS REPORT ON THE PROGRESS OF SETTLEMENT

**DECLARATION OF CONSENT**

Pursuant to General Order No. 45, Section X (B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from **Douglas A. Robinson**.

Date: August 29, 2011                              SANDERS & PARKS P.C.

*/s/      Rick N. Bryson*
Rick N. Bryson
ATTORNEYS FOR PLAINTIFF/
COUNTERDEFENDANT APPLIED SIGNAL
TECHNOLOGY AND THIRD-PARTY
DEFENDANT COMTECH EF DATA CORP

3

COMTECH EF DATA CORP'S AND APPLIED SIGNAL TECHNOLOGY, INC.'S                    CASE NO. 09-CV-02180-SBA
JOINT STATUS REPORT ON THE PROGRESS OF SETTLEMENT

1 **ORDER**

Pursuant to stipulation, it is hereby ordered granting relief from the Case Management Conference Scheduling Order an additional fourteen (14) days from the current stipulated date of August 27, 2011 to September 12, 2011. Plaintiff Applied Signal Technology, Inc. shall file a notice of dismissal, or a joint status report with EMC on the progress of settlement, by September 12, 2011.

Dated: 8/30/11

_____
SAUNDRA BROWN ARMSTRONG
JUDGE, UNITED STATES DISTRICT COURT