RICK N. BRYSON (*pro hac vice*)
*Rick.Bryson@SandersParks.com*
MICHELLE BREIT (Bar No. 133143)
*Michelle.Breit@SandersParks.com*
**SANDERS & PARKS P.C.**
3030 N. Third Street, Suite 1300
Phoenix, AZ 85012-3099
Telephone:  (602) 532-5600
Facsimile:  (602) 532-5700

Attorneys for Plaintiff RAYTHEON APPLIED SIGNAL TECHNOLOGY, INC. and Third-Party Counterclaimant COMTECH EF DATA CORPORATION

JOHN ALLCOCK (Bar No. 98895)
*John.Allcock@dlapiper.com*
ANDREW P. VALENTINE (Bar No. 162094)
*Andrew.Valentine@dlapiper.com*
**DLA PIPER LLP (US)**
2000 University Avenue
East Palo Alto, CA  94303
Telephone: (650) 833-2000
Facsimile: (650) 833-2001

Attorneys for Plaintiff RAYTHEON APPLIED SIGNAL TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| APPLIED SIGNAL TECHNOLOGY, INC. <br><br> Plaintiff, <br><br> vs. <br><br> EMERGING MARKETS COMMUNICATIONS, INC., EMC SATCOM TECHNOLOGIES, INC., PARADISE DATACOM, LLC, and VIASAT, INC., <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS AND THIRD PARTY CLAIMS | Case No. 09-CV-02180-SBA <br><br> JOINT STATUS REPORT ON THE PROGRESS OF SETTLEMENT BETWEEN APPLIED SIGNAL, COMTECH EF DATA, EMERGING MARKETS COMMUNICATIONS, AND EMC SATCOM TECHNOLOGIES, AND REQUEST FOR EXTENSION OF RELIEF FROM THE CASE MANAGEMENT SCHEDULING CONFERENCE ORDER |

1

COMTECH EF DATA CORP'S AND APPLIED SIGNAL TECHNOLOGY, INC.'S          CASE NO. 09-CV-02180-SBA
JOINT STATUS REPORT ON THE PROGRESS OF SETTLEMENT

1  Pursuant to the Joint Status Report dated August 29, 2011 (Dkt. No. 276) and the
2  Order signed by Judge Armstrong on August 30, 2011 (Dkt. No. 278), plaintiff and
3  counter-defendant Applied Signal Technology, Inc. ("AST") and third-party defendant
4  Comtech EF Data Corp. ("Comtech") and defendants Emerging Markets
5  Communications, Inc., and EMC Satcom Technologies, Inc. (collectively "EMC") submit
6  this joint status report on the progress of settlement.

7  As previously reported to the Court, AST, Comtech, and EMC have spoken with
8  Magistrate Judge Zimmerman regarding their remaining issues to finalize a settlement
9  agreement.  In recent weeks the parties have discussed new ways to resolve their
10 remaining issues and are working in good faith towards finalizing the settlement
11 agreement.  The parties continue to work together and believe they are making progress
12 towards finalizing their settlement agreement.

13 If the parties are unable to resolve the remaining settlement issues, they may seek
14 the Court's assistance.

15 In light of the above parties being referred to Magistrate Judge Zimmerman and
16 their continuing to address final settlement in good faith, they jointly stipulate and
17 respectfully request that the Court order the next settlement status report be due two
18 weeks from September 12, 2011, for a due date of September 26, 2011.

19
20 Date: September 12, 2011         SANDERS & PARKS P.C.

21                                  */s/   Rick N. Bryson*
                                    Rick N. Bryson
22                                  ATTORNEYS FOR PLAINTIFF/
                                    COUNTERDEFENDANT APPLIED SIGNAL
23                                  TECHNOLOGY AND THIRD-PARTY
                                    DEFENDANT COMTECH EF DATA CORP.
24

25

26

2

1  Date: September 12, 2011           HARNESS, DICKEY & PIERCE, PLC

2                                     */s/   Douglas A. Robinson*
                                      Rudolph A. Telscher
3                                     Douglas A. Robinson
                                      ATTORNEYS FOR DEFENDANTS
4                                     EMERGING MARKETS COMMUNICATIONS,
5                                     INC. and EMC SATCOM TECHNOLOGIES, INC.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

3

**DECLARATION OF CONSENT**

Pursuant to General Order No. 45, Section X (B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Douglas A. Robinson.

Date: September 12, 2011          SANDERS & PARKS P.C.

*/s/     Rick N. Bryson*
Rick N. Bryson
ATTORNEYS FOR PLAINTIFF/
COUNTERDEFENDANT APPLIED SIGNAL
TECHNOLOGY AND THIRD-PARTY
DEFENDANT COMTECH EF DATA CORP

4

COMTECH EF DATA CORP'S AND APPLIED SIGNAL TECHNOLOGY, INC.'S          CASE NO. 09-CV-02180-SBA
JOINT STATUS REPORT ON THE PROGRESS OF SETTLEMENT

# ORDER

Pursuant to stipulation, it is hereby ordered granting relief from the Case Management Conference Scheduling Order an additional two weeks from the current stipulated date of September 12, 2011 to September 26, 2011. Plaintiff Applied Signal Technology, Inc. shall file a notice of dismissal, or a joint status report with EMC on the progress of settlement, by September 26, 2011.

Dated: 9/15/11

_____
SAUNDRA BROWN ARMSTRONG
JUDGE, UNITED STATES DISTRICT COURT