1 | RICK N. BRYSON (*pro hac vice*)
Rick.Bryson@SandersParks.com
2 | MICHELLE BREIT (Bar No. 133143)
Michelle.Breit@SandersParks.com
3 | **SANDERS & PARKS P.C.**
3030 N. Third Street, Suite 1300
4 | Phoenix, AZ 85012-3099
Telephone:  (602) 532-5600
5 | Facsimile:  (602) 532-5700

6 | Attorneys for Plaintiff RAYTHEON APPLIED
SIGNAL TECHNOLOGY, INC. and Third-Party
7 | Counterclaimant COMTECH EF DATA CORPORATION

8 | JOHN ALLCOCK (Bar No. 98895)
*John.Allcock@dlapiper.com*
9 | ANDREW P. VALENTINE (Bar No. 162094)
*Andrew.Valentine@dlapiper.com*
10 | **DLA PIPER LLP (US)**
2000 University Avenue
11 | East Palo Alto, CA  94303
Telephone: (650) 833-2000
12 | Facsimile: (650) 833-2001

13 | Attorneys for Plaintiff RAYTHEON APPLIED
SIGNAL TECHNOLOGY, INC.
14 |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| APPLIED SIGNAL TECHNOLOGY, INC.<br><br>Plaintiff,<br><br>vs.<br><br>EMERGING MARKETS COMMUNICATIONS, INC., EMC SATCOM TECHNOLOGIES, INC., PARADISE DATACOM, LLC, and VIASAT, INC.,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS AND THIRD PARTY CLAIMS | Case No. 09-CV-02180-SBA<br><br>JOINT STATUS REPORT ON THE PROGRESS OF SETTLEMENT BETWEEN APPLIED SIGNAL, COMTECH EF DATA, EMERGING MARKETS COMMUNICATIONS, AND EMC SATCOM TECHNOLOGIES, AND REQUEST FOR EXTENSION OF RELIEF FROM THE CASE MANAGEMENT SCHEDULING CONFERENCE ORDER |

1

1    Pursuant to the Joint Status Report dated September 26, 2011 (Dkt. No. 281),
2 plaintiff and counter-defendant Applied Signal Technology, Inc. ("AST") and third-party
3 defendant Comtech EF Data Corp. ("Comtech") and defendants Emerging Markets
4 Communications, Inc., and EMC Satcom Technologies, Inc. (collectively "EMC") submit
5 this joint status report on the progress of settlement.
6    As previously reported to the Court, AST, Comtech, and EMC have spoken with
7 Magistrate Judge Zimmerman regarding their remaining issues to finalize a settlement
8 agreement.  In recent weeks the parties have discussed new ways to resolve their
9 remaining issues and are working in good faith towards finalizing the settlement
10 agreement.  The parties continue to work together and believe they are making progress
11 towards finalizing their settlement agreement.
12    If the parties are unable to resolve the remaining settlement issues, they may seek
13 the Court's assistance.
14    In light of the above parties being referred to Magistrate Judge Zimmerman and
15 their continuing to address final settlement in good faith, they jointly stipulate and
16 respectfully request that the Court order the next settlement status report be due two
17 weeks from October 10, 2011, for a due date of October 24, 2011.

Date: October 10, 2011                      SANDERS & PARKS P.C.

                                            */s/      Rick N. Bryson*
                                            Rick N. Bryson
                                            ATTORNEYS FOR PLAINTIFF/
                                            COUNTERDEFENDANT APPLIED SIGNAL
                                            TECHNOLOGY AND THIRD-PARTY
                                            DEFENDANT COMTECH EF DATA CORP.

2

COMTECH EF DATA CORP'S AND APPLIED SIGNAL TECHNOLOGY, INC.'S                        CASE NO. 09-CV-02180-SBA
JOINT STATUS REPORT ON THE PROGRESS OF SETTLEMENT

1  Date: October 10, 2011                        HARNESS, DICKEY & PIERCE, PLC

2                                                */s/   Douglas A. Robinson*
                                                 Rudolph A. Telscher
3                                                Douglas A. Robinson
4                                                ATTORNEYS FOR DEFENDANTS
                                                 EMERGING MARKETS COMMUNICATIONS,
5                                                INC. and EMC SATCOM TECHNOLOGIES, INC.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

3

**DECLARATION OF CONSENT**

Pursuant to General Order No. 45, Section X (B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Douglas A. Robinson.

Date: October 10, 2011                SANDERS & PARKS P.C.

*/s/     Rick N. Bryson*
Rick N. Bryson
ATTORNEYS FOR PLAINTIFF/
COUNTERDEFENDANT APPLIED SIGNAL
TECHNOLOGY AND THIRD-PARTY
DEFENDANT COMTECH EF DATA CORP

4

COMTECH EF DATA CORP'S AND APPLIED SIGNAL TECHNOLOGY, INC.'S                CASE NO. 09-CV-02180-SBA
JOINT STATUS REPORT ON THE PROGRESS OF SETTLEMENT

# ORDER

Pursuant to stipulation, it is hereby ordered granting relief from the Case Management Conference Scheduling Order an additional two weeks from the current stipulated date of October 10, 2011 to October 24, 2011. Plaintiff Applied Signal Technology, Inc. shall file a notice of dismissal, or a joint status report with EMC on the progress of settlement, by October 24, 2011.

Dated: 10/12/11

_____
SAUNDRA BROWN ARMSTRONG
JUDGE, UNITED STATES DISTRICT COURT