UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLIED SIGNAL TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> EMERGING MARKETS COMMUNICATIONS, INC. ET AL, <br><br> Defendants. <br> _____/ | No. C-09-02180 SBA (DMR) <br><br> **NOTICE AND ORDER SETTING PHONE CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The court is in receipt of the parties' joint letter regarding their discovery dispute (Docket No. 282). IT IS HEREBY ORDERED that lead counsel for the parties shall participate in a telephonic conference with the undersigned on **November 14, 2011 at 1:00 p.m.** Counsel for **Plaintiff and Counter Defendant Raytheon Applied Signal Technology, Inc. ("AST")** shall initiate the conference call to the court as follows: (1) by first calling counsel for **Defendants ViaSat, Inc., Paradise Datacom, LLC, and EMC**; and then (2) with all counsel on the line, calling the court's call-in number, five minutes prior to the scheduled start time.

**One week prior to the scheduled telephonic conference, counsel for Plaintiff and Counter Defendant AST shall contact Judge Ryu's Courtroom Deputy, Ivy Garcia, at (510) 637-3639, to obtain the Court's call-in number for the telephonic conference.**

IT IS SO ORDERED.

Dated: October 26, 2011

_____
DONNA M. RYU
United States Magistrate Judge