I

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| APPLIED SIGNAL TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> EMERGING MARKETS COMMUNICATIONS, INC., EMC SATCOM TECHNOLOGIES, INC., PARADISE DATACOM, LLC and VIASAT, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS AND THIRD-PARTY CLAIMS. | Case No: C 09-02180 SBA <br><br> **ORDER DENYING REQUEST FOR EXTENSION OF RELIEF FROM THE CASE MANAGEMENT SCHEDULING ORDER** <br><br> Docket 285, 287 |

The parties are presently before the Court on a joint request for relief from the Court's Case Management scheduling order. Dkt. 287. The parties claim that plaintiff and counter-defendant Applied Signal Technology ("AST"), third-party defendant Comtech EF Data Corp. ("Comtech") and defendant Emerging Markets Communications ("EMC") are close to finalizing a settlement agreement, but require additional time to do so. However, the Court has provided the parties with ample opportunity to finalize their settlement agreement. Rather that inuring further delay in this action, the Court directs the parties to return to Magistrate Judge Bernard Zimmerman for a further, mandatory settlement conference. Accordingly,

IT IS HEREBY ORDERED THAT:

1. The instant action is REFERRED to Magistrate Judge Bernard Zimmerman for a mandatory settlement conference to take place within thirty (30) days of the date this

Order is filed, or at such other time as Magistrate Judge Zimmerman deems appropriate. EMC, Comtech and AST are ordered to appear at the settlement conference.

2. The parties' request for relief from the Court's case management scheduling order is DENIED. The parties shall appear for a telephonic Case Management Conference on **January 12, 2012 at 3:45 p.m.** Prior to the date scheduled for the conference, the parties shall meet and confer and prepare a joint Case Management Conference Statement which complies with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court. Plaintiff shall assume responsibility for filing the joint statement no less than seven (7) days prior to the conference date. Plaintiff's counsel is to set up the conference call with all the parties on the line and call chambers at (510) 637-3559. NO PARTY SHALL CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.

IT IS SO ORDERED.

Dated: November 15, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

- 2 -