Joseph E. Walsh, Jr. *(admitted pro hac vice)*
jwalsh@hdp.com
Rudolph A. Telscher *(admitted pro hac vice)*
rtelscher@hdp.com
Douglas A. Robinson *(admitted pro hac vice)*
drobinson@hdp.com
HARNESS DICKEY & PIERCE, P.L.C.
7700 Bonhomme, Suite 400
St. Louis, MO 63105
Tel: (314) 726-7500; Fax: (314) 726-7501

Philip J. Wang, Bar No. 218349
phil@philwanglaw.com
The Law Office of Philip J. Wang
160 Bovet Road, Suite 310
San Mateo, CA 94402-3100
Tel: (650)521-9020

***Attorneys for Emerging Markets Communications, Inc. and EMC Satcom Technologies, LLC***

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| APPLIED SIGNAL TECHNOLOGY, INC.<br><br>Plaintiff,<br><br>vs.<br><br>EMERGING MARKETS COMMUNICATIONS, INC., EMC SATCOM TECHNOLOGIES, INC., PARADISE DATACOM, LLC, and VIASAT, INC.,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS AND THIRD PARTY CLAIMS | Case No. 09-CV-02180-SBA<br><br>UNOPPOSED REQUEST BY INSURER FOR PERMISSION TO APPEAR BY PHONE AT DECEMBER 13, 2011 SETTLEMENT CONFERENCE |

1

Further to Magistrate Judge Zimmerman's Settlement Conference Order dated November 21, 2011 (Dkt. No. 293), Emerging Markets Communications, Inc. and EMC Satcom Technologies, Inc. (collectively "EMC") hereby submit this Request for its insurance carrier representative, Sandra Walker, to be granted permission to attend the December 13, 2011 Settlement Conference in front of Judge Zimmerman by telephone. In support hereof, EMC states as follows:

Ms. Walker is the carrier representative with responsibility for litigation matters related to EMC's relevant insurance policy, and any other representative of the carrier would need Ms. Walker's permission before providing carrier approval to settlement terms. Ms. Walker is unable to travel to San Francisco for the December 13, 2011 settlement conference due to her responsibilities for the care of others that week. First, Ms. Walker has power of attorney for a veteran who is undergoing surgery on December 12 and who has no relatives to speak on her behalf. Furthermore, Ms. Walker's mother is due to be released from post-stroke rehabilitation around December 13, and Ms. Walker needs to be available to assist with that process. Also, Ms. Walker's father sought treatment for a possible stroke on November 22, 2011, and Ms. Walker anticipates that she will need to assist in providing care for him over the coming weeks.

Ms. Walker will be available via cellular telephone, with the number provided to EMC's counsel, throughout the day on December 13, 2011, should carrier consent to any proposed settlement terms be required.

For the foregoing reasons, EMC respectfully requests that the Court allow its insurance carrier representative, Sandra Walker, to appear for the December 13, 2011 Settlement Conference via telephone.

1      Counsel for AST and Comtech does not oppose this motion.

2    Date:   November 22, 2011          HARNESS, DICKEY & PIERCE, PLC

4                                          <u>/s/ Douglas A. Robinson</u>

Douglas A. Robinson, *pro hac vice*
ATTORNEYS FOR DEFENDANTS
EMERGING MARKETS
COMMUNICATIONS, INC. and EMC
SATCOM TECHNOLOGIES, INC.

3

# ORDER

Emerging Markets Communications, Inc. and EMC Satcom Technologies, Inc. (collectively "EMC") hereby files its Unopposed Request by Insurer for Permission to Appear by Phone at the December 13, 2011 Settlement Conference.

Good cause appearing therefore, the Court GRANTS EMC's request.

IT IS HEREBY ORDERED THAT EMC's insurer, Sandra Walker, is granted permission to appear at the December 13, 2011 Settlement Conference via telephone.

Dated: November 28, 2011

_____
BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE

60896019.1