1  Joseph E. Walsh, Jr. *(admitted pro hac vice)*
   jwalsh@hdp.com
2  Rudolph A. Telscher *(admitted pro hac vice)*
   rtelscher@hdp.com
3  Douglas A. Robinson *(admitted pro hac vice)*
   drobinson@hdp.com
4  HARNESS DICKEY & PIERCE, P.L.C.
   7700 Bonhomme, Suite 400
5  St. Louis, MO 63105
   Tel: (314) 726-7500; Fax: (314) 726-7501
6
7  *Attorneys for Emerging Markets Communications,*
   *Inc. and EMC Satcom Technologies, LLC*
8

9  UNITED STATES DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA
10 OAKLAND DIVISION

11

| | |
|---|---|
| APPLIED SIGNAL TECHNOLOGY, INC.<br><br>Plaintiff,<br><br>v.<br><br>EMERGING MARKETS COMMUNICATIONS, INC., EMC SATCOM TECHNOLOGIES, INC., PARADISE DATACOM, LLC, and VIASAT, INC.,<br><br>Defendants. | Case No. 09-CV-02180-SBA<br><br>EMERGING MARKETS COMMUNICATIONS, INC.'S AND EMC SATCOM TECHNOLOGIES, INC.'S APPLICATION TO BRING ELECTRONIC ITEMS INTO THE COURTHOUSE |
| AND RELATED COUNTERCLAIMS | |

| | |
|---|---|
| 1 | Emerging Markets Communications, Inc. and EMC Satcom Technologies, |
| 2 | Inc. hereby request permission to bring the following electronics into Judge |
| 3 | Zimmerman's Courtroom for the December 13, 2011 Settlement Conference in the |
| 4 | above-referenced matter: |

1. Cell phone of Rudolph A. Telscher, Jr. with camera capabilities;
2. Laptop computer of Rudolph A. Telscher, Jr., along with power cable, mouse, and other accessories;
3. Projector, along with power cable, VGA cable, remotes and other accessories.

Dated: December 12, 2011

HARNESS, DICKEY & PIERCE, P.L.C.

By: _____
Joseph E. Walsh, Jr. *(admitted pro hac vice)*
jwalsh@hdp.com
Rudolph A. Telscher *(admitted pro hac vice)*
rtelscher@hdp.com
Douglas A. Robinson *(admitted pro hac vice)*
drobinson@hdp.com
HARNESS, DICKEY & PIERCE, P.L.C.
7700 Bonhomme, Suite 400
St. Louis, MO 63105
Tel: (314) 726-7500; Fax: (314) 726-7501

*Attorneys for Defendants Emerging Markets Communications, Inc. and EMC Satcom Technologies, LLC*

SO ORDERED:

12 Dec '11

_____
The Honorable Bernard Zimmerman

60903584.1