UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| APPLIED SIGNAL TECHNOLOGY, INC.<br><br>Plaintiff,<br><br>vs.<br><br>EMERGING MARKETS COMMUNICATIONS, INC., EMC SATCOM TECHNOLOGIES, INC., PARADISE DATACOM, LLC, and VIASAT, INC.,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS AND THIRD PARTY CLAIMS | Case No. 09-CV-02180-SBA<br><br>**ORDER GRANTING APPLIED SIGNAL TECHNOLOGY, INC.'S AND COMTECH EF DATA CORP'S APPLICATION TO BRING ELECTRONIC ITEMS INTO THE COURTHOUSE** |

Upon review of Applied Signal Technology, Inc.'s and Comtech EF Data Corp.'s Application to Bring Electronic Items into the Courthouse for the December 13, 2011 Settlement Conference in the above-referenced matter,

IT IS HEREBY ORDERED that counsel for Applied Signal Technology, Inc. and Comtech EF Data Corp. are permitted to bring the following electronics into Judge Zimmerman's Courtroom on December 13, 2011.

1. Cell phone of Rick N. Bryson;
2. Cell phone and laptop computer of Andrew Valentine;
3. Cell phone of Tom Liesy;
4. Cell phone and laptop computer of Bob McCollum;
5. Blackberry and two IPads of Barbara Pollack.

Date: 12 Dec 11

By: /s/ Bernard Zimmerman
Honorable Bernard Zimmerman
United States Magistrate Judge

2
[PROPOSED] ORDER RE APPLIED SIGNAL TECHNOLOGY, INC.'S AND COMTECH EF DATA'S APPLICATION TO BRING ELECTRONICS INTO THE COURTHOUSE

CASE No. 09-CV-02180-SBA