UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLIED SIGNAL TECHNOLOGY INC., <br><br> Plaintiff(s), <br><br> v. <br><br> EMERGING MARKETS COMMUNICATIONS, et al., <br><br> Defendant(s). | No. C09-2180 SBA (BZ) <br><br> **ORDER SCHEDULING TELEPHONE CONFERENCE** |

Unless the parties have signed a settlement agreement, they are **ORDERED** to participate in a telephone conference Thursday, December 22, 2011 at 8:45 am. Counsel for plaintiff shall get counsel for EMC on the line and call chambers at 415-522-4093.

If the case settle, they shall **jointly** notify the Court **IMMEDIATELY.**

Dated: December 20, 2011

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.2011\APPLIED SIGNAL\ORDER SCHEDULING TELEPHONE CONFERENCE.BZVERSION.wpd

1