UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLIED SIGNAL TECHNOLOGY INC., <br><br> Plaintiff(s), <br><br> v. <br><br> EMERGING MARKETS COMMUNICATIONS, et al., <br><br> Defendant(s). | No.  C09-2180 SBA (BZ) <br><br> **ORDER SETTING TELEPHONE CONFERENCE AND SCHEDULING FURTHER SETTLEMENT CONFERENCE** |

Unless the parties have signed a settlement agreement, they are **ORDERED** to participate in a telephone conference **Friday, December 23, 2011 at 9:00 a.m.**  Counsel for plaintiff shall get counsel for EMC on the line and call chambers at **415-522-4093**.  If the case does not settle, a settlement conference with clients is scheduled for **Tuesday, December 27, 2011 at 9:00 a.m.**, in **Courtroom C**, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

///

///

1

1 |     If the case settles, they shall **jointly** notify the Court
2 | **IMMEDIATELY.**
3 | Dated: December 22, 2011
4 |                     */s/ Bernard Zimmerman*
5 |                Bernard Zimmerman
          United States Magistrate Judge
6 | G:\BZALL\-REFS\REFS.2011\APPLIED SIGNAL\ORDER SCHEDULING FURTHER SETTLEMENT CONFERENCE 12.22.2011.wpd

2