UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLIED SIGNAL TECHNOLOGY INC., <br><br> Plaintiff(s), <br><br> v. <br><br> EMERGING MARKETS COMMUNICATIONS, et al., <br><br> Defendant(s). | No. C09-2180 SBA (BZ) <br><br> **ORDER SCHEDULING SETTLEMENT CONFERENCE** |

Following a telephone conference this morning in which AST and EMC were represented by counsel, **IT IS ORDERED** as follows:

1. A final settlement conference is scheduled for **Tuesday, December 27, 2011 at 9:00 a.m.**, in **Courtroom C**, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

2. Mr. McCollum shall attend in person, accompanied by Mr. Bryson and Mr. Valentine. A representative of Raytheon with **full authority** to approve any settlement reached need not attend in person but must be on stand-by to approve any

1

settlement on behalf of Raytheon.  Mr. Bryson shall make those arrangements.

    3.   Mr. Telscher and Mr. Pardula shall attend on behalf of EMC.  Mr. Pardula shall have **full authority** to negotiate the outstanding issues.

    4.   Mr. Valentine shall bring the current version of the settlement agreement in electronic format to the settlement conference.  Mr. Valentine shall also bring a portable printer and is **authorized** to bring it into the building.

    5.   The parties shall be prepared to spend as much of Tuesday as is necessary to finalize the settlement.  If an agreement cannot be signed by all parties on Tuesday, I will terminate the conference and advise Judge Armstrong that it was unsuccessful.

Dated: December 23, 2011

                                Bernard Zimmerman
                    United States Magistrate Judge

G:\BZALL\-REFS\REFS.2011\APPLIED SIGNAL\ORDER SCHEDULING SETTLEMENT CONFERENCE 12.23.2011.wpd