UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| APPLIED SIGNAL TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> EMERGING MARKETS COMMUNICATIONS, INC., EMC SATCOM TECHNOLOGIES, INC., PARADISE DATACOM, LLC and VIASAT, INC., <br><br> Defendant. | Case No: C 09-02180 SBA <br><br> **ORDER REOPENING ACTION** |
| AND RELATED COUNTERCLAIMS AND THIRD-PARTY CLAIMS. | |

The instant action was inadvertently terminated. Accordingly,

IT IS HEREBY ORDERED THAT:

1. The instant action is REOPENED.

2. All dates and deadlines set forth in the Court's Order for Pretrial Preparation (Dkt. 216), as amended by Order Granting the Revised Extension of Deadlines and Modifications to Case Management Conference Schedule (Dkt. 265), are REINSTATED as follows:

| EVENT | DEADLINE |
|---|---|
| Fact Discovery Cut-Off | 1/20/12 |
| Expert Disclosure (all parties) | 2/10/12 |
| Rebuttal Expert Disclosure | 3/9/12 |
| Expert Discovery Cut-Off | 4/13/12 |
| Summary Judgment Motion Deadline | 4/27/12 |
| Response to Motion for Summary Judgment | 5/18/12 |
| Reply to Motion for Summary Judgment | 6/1/12 |
| Law and Motion Hearing Cut-Off | 6/19/12 |
| Pretrial Documents Due | 7/3/12 |
| Motions in Limine[1] and Objections to Evidence | 7/10/12 |
| Oppositions to Motions in Limine and Objections to Evidence | 7/17/12 |
| Replies to Motions in Limine and Objections to Evidence | 7/24/12 |
| Mandatory Settlement Conference | 6/20/12--6/29/12 |
| Pretrial Conference | 7/31/12 at 1:00 p.m. |
| Jury Trial (12-day) | 9/5/12 at 8:30 a.m. |

3. No appearance is required for the case management conference previously scheduled for January 12, 2012.

IT IS SO ORDERED.

Dated: January 6, 2012

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

---

[1] All motions in limine submitted by each side shall be set forth in a single memorandum, not to exceed ten (10) pages in length. Responses to the motions in limine shall be set forth in a single memorandum, not to exceed ten (10) pages in length. Reply briefs shall not exceed six (6) pages. No motions in limine will be considered unless the parties certify that they met and conferred prior to the filing of such motion. Any request to exceed the page limit must be submitted at least seven (7) days prior to the deadline for these briefs and must be supported by a showing of good cause, along with a certification that the applicant has met and conferred with the opposing party.