1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| APPLIED SIGNAL TECHNOLOGY, INC., | Case No. 09-CV-02180-SBA |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING THE REVISED EXTENSION OF DEADLINES AND MODIFICATIONS TO CASE MANAGEMENT CONFERENCE SCHEDULE** |
| vs. | |
| EMERGING MARKETS COMMUNICATIONS, INC., EMC SATCOM TECHNOLOGIES, INC., PARADISE DATACOM, LLC, and VIASAT, INC., | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS AND THIRD PARTY CLAIMS | |

Note: "PROPOSED" is struck through.

Having considered the Parties' Revised Stipulated Request for an Order Changing Time, and for good cause shown,

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that the Case Management Conference Schedule is hereby MODIFIED with respect to the dates that are highlighted in bold. The following schedule is hereby adopted.

| EVENT | CURRENT ORDERED DATE | NEW DATE |
|---|---|---|
| Fact Discovery Cutoff | January 20, 2012 | **February 24, 2012** |
| Expert Disclosure (both parties) | February 10, 2012 | **March 9, 2012** |
| Rebuttal Expert Disclosure | March 9, 2012 | **March 30, 2012** |
| Expert Discovery Cutoff | April 13, 2012 | **April 20, 2012** |
| Dispositive Motion Cutoff | April 27, 2012 | April 27, 2012 |
| Response to Motions for Summary Judgment | May 18,2012 | May 18,2012 |
| Reply to Motions for Summary Judgment | June 1,2012 | June 1,2012 |
| Law and Motion Hearing Cut-Off | June 19, 2012 | June 19, 2012 |
| Mandatory Settlement Conference | June 20-29, 2012 | June 20-29, 2012 |
| Pre-Trial Documents Due | July 3, 2012 | July 3, 2012 |
| Motions in Limine | July 10, 2012 | July 10, 2012 |
| Opposition to Motions in Limine and Objections to Evidence | July 17, 2012 | July 17, 2012 |
| Replies to Motions in Limine | July 24, 2012 | July 24, 2012 |
| Pretrial Conference | July 31, 2012 1:00 pm | July 31, 2012 1:00 pm |
| Jury Trial (12-day) | September 5, 2012 8:30 am | September 5, 2012 8:30 am |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

IT IS SO ORDERED.

Dated: January 17, 2012

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge