United States District Court<br>For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLIED SIGNAL TECHNOLOGY, INC., | No. C-09-02180 SBA (DMR) |
| Plaintiff, | **ORDER DENYING REQUEST TO FILE JOINT DISCOVERY LETTER UNDER SEAL WITHOUT PREJUDICE** |
| v. | |
| EMERGING MARKETS COMMUNICATIONS, INC. ET AL, | |
| Defendants. | |
| _____/ | |

The court is in receipt of Defendants ViaSat, Inc. and Teledyne Paradise Datacom, LLC's Motion for Administrative Relief for permission to file a joint discovery letter dated February 24, 2012 under seal in its entirety.[1] [Docket No. 319.] Pursuant to Civil Local Rule 79-5, "a sealing order may issue only upon a request that establishes that the document, or portions thereof, is privileged or protectable as a trade secret or otherwise entitled to protection under the law." N.D. Civ. L.R. 79-5(a). Further, "[t]he request must be narrowly tailored to seek sealing only of sealable material." *Id*.

---

[1] The parties also filed a stipulation regarding the motion for administrative relief in which they jointly request that the court grant Defendants' motion. [Docket No. 319-1.] The court notes that Civil Local Rule 79-5(a) provides that a stipulation that allows a party to designate documents as sealable "will not suffice to allow the filing of documents under seal."

The court has reviewed the documents Defendants seek to file under seal and finds that Defendants' request to seal the documents in their entirety is overly broad. Defendants have failed to establish that the contents of the letter and its attachments are "privileged or protectable as a trade secret or otherwise entitled to protection under the law." N.D. Civ. L.R. 79-5(a). Accordingly, Defendants' Motion for Administrative Relief is DENIED WITHOUT PREJUDICE. The court grants Defendants leave to re-file a new request to file the joint letter and its attachments under seal that is "narrowly tailored to seek sealing only of sealable material" and complies with Civil Local Rule 79-5. Such request must be filed by **no later than March 7, 2012.**

IT IS SO ORDERED.

Dated: March 2, 2012



_____
DONNA M. RYU
United States Magistrate Judge

**United States District Court**
For the Northern District of California