1  RICK N. BRYSON (*pro hac vice*)
   *Rick.Bryson@SandersParks.com*
2  MICHELLE BREIT (Bar No. 133143)
   *Michelle.Breit@SandersParks.com*
3  **SANDERS & PARKS P.C.**
   3030 N. Third Street, Suite 1300
4  Phoenix, AZ 85012-3099
   Telephone: (602) 532-5600
5  Facsimile: (602) 532-5700

6  Attorneys for Plaintiff RAYTHEON APPLIED
   SIGNAL TECHNOLOGY, INC. and Third-Party
7  Counterclaimant COMTECH EF DATA CORPORATION

8  JOHN ALLCOCK (Bar No. 98895)
   *John.Allcock@dlapiper.com*
9  ANDREW P. VALENTINE (Bar No. 162094)
   *Andrew.Valentine@dlapiper.com*
10 **DLA PIPER LLP (US)**
   2000 University Avenue
11 East Palo Alto, CA 94303
   Telephone: (650) 833-2000
12 Facsimile: (650) 833-2001

13 Attorneys for Plaintiff RAYTHEON APPLIED
   SIGNAL TECHNOLOGY, INC.
14

15
                    **UNITED STATES DISTRICT COURT**
16          **NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| 17  APPLIED SIGNAL TECHNOLOGY, INC. | Case No. 09-cv-02180-SBA |
| 18           Plaintiff, | |
| 19      vs. | |
| 20  EMERGING MARKETS COMMUNICATIONS, INC., EMC SATCOM TECHNOLOGIES, INC., | **STIPULATED ADMINISTRATIVE MOTION FOR EXTENSION OF TIME TO FILE A DISCOVERY MOTION** |
| 21  PARADISE DATACOM, LLC, and VIASAT, INC., | **UNDER LOCAL RULE 37-3** |
| 22           Defendants. | |
| 23 | |
| 24  AND RELATED COUNTERCLAIMS | |
| 25 | |

26       Pursuant to the N.D. Cal. Civ. L.R. 6-2, 7-11 and 7-12, the parties in this litigation,

27  Applied Signal Technology, Inc. ("AST"), Comtech EF Data Corp. ("Comtech"), ViaSat, Inc.

28  ("ViaSat") and Paradise Datacom, LLC ("Paradise") having fully met and conferred, hereby

1  submit their stipulation and jointly move for an extension of time from March 2, 2012 (the
2  deadline set by N.D. Cal. L.R. 37-3) until March 7, 2012 to submit to the Court joint letters
3  regarding the following identified pending discovery disputes pursuant to paragraph 10 of the
4  Court's Standing Order:   (1) alleged deficiencies relating to ViaSat's responses to AST
5  interrogatory requests, and (2) AST's challenge to ViaSat's privilege log.  The parties agree that
6  additional time is needed in order to narrow issues related to these disputes before presenting
7  them to the court.

Date:  March 9, 2012                    **SANDERS & PARKS P.C.**

 /s/ *Michelle G. Breit*
Rick Bryson (*pro hac vice*)
Michelle Breit (SBN 133143)
John W. Downing (SBN 252850)

Attorneys for Plaintiff RAYTHEON APPLIED SIGNAL TECHNOLOGY and Third-Party Counterclaim Defendant COMTECH EF DATA CORPORATION

**FISH & RICHARDSON P.C.**

 /s/ *Seth M. Sproul*
Christopher S. Marchese
Seth M. Sproul (SBN 217711)
12390 El Camino Real
San Diego, CA 92130
sproul@fr.com

Erin Kaiser
500 Arguello Street, Suite 500
Redwood City, CA  94063
kaiser@fr.com

Frank E. Scherkenbach
225 Franklin Street
Boston, MA  02110
scherkenbach@fr.com

Attorneys for Defendant, Counterclaimants and Third-Party Plaintiff VIASAT, INC. and PARADISE DATACOM

**DECLARATION OF CONSENT**

Pursuant to General Order No. 45, Section X (B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Seth M. Sproul.

Date: March 9, 2012        **SANDERS & PARKS P.C.**


 /s/ *Michelle G. Breit*
Michelle Breit (SBN 133143)

Attorneys for Plaintiff RAYTHEON APPLIED SIGNAL TECHNOLOGY and Third-Party Counterclaim Defendant COMTECH EF DATA CORPORATION

**ORDER**

Pursuant to stipulation, IT IS HEREBY ORDERED granting an extension of time to and including March 7, 2012, for the parties to submit joint letters regarding the following identified pending discovery disputes: (1) alleged deficiencies relating to ViaSat's responses to AST interrogatory requests, and (2) AST's challenge to ViaSat's privilege log.

Dated: 3/6/12

*Saundra B. Armstrong*

HON. SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT COURT JUDGE