UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLIED SIGNAL TECHNOLOGY, INC., | No. C-09-02180 SBA (DMR) |
| Plaintiff, | **ORDER REGARDING REQUEST TO FILE JOINT DISCOVERY LETTER UNDER SEAL [DOCKET NO. 324]** |
| v. | |
| EMERGING MARKETS COMMUNICATIONS, INC. ET AL, | |
| Defendants. | |

The court is in receipt of Defendants ViaSat, Inc. and Teledyne Paradise Datacom, LLC's renewed Motion for Administrative Relief for permission to file portions of a joint discovery letter dated February 24, 2012 under seal, as well as an exhibit to the joint discovery letter in its entirety. [Docket No. 324.]

By no later than **1:00 p.m. on March 13, 2012**, Defendants ViaSat, Inc. and Teledyne Paradise Datacom, LLC and/or Plaintiff Applied Signal Technology, Inc. shall e-file a letter explaining why Exhibit A to the joint discovery letter, a privilege log, should be sealed from the public record in its entirety. Specifically, the letter shall articulate exactly what information

1 contained in the privilege log is "privileged or protectable as a trade secret or otherwise entitled to
2 protection under the law."[1]  N.D. Civ. L.R. 79-5(a).   Such letter shall not exceed one page.

4     IT IS SO ORDERED.

6 Dated:  March 12, 2012



_____
DONNA M. RYU
United States Magistrate Judge

---

[1] The court notes that simply designating information as "HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY" does not create an entitlement to file confidential information under seal, as provided by the terms of the parties' Stipulated Protective Order.  *See* Docket No. 212 at 1 (stating that "Civil Local Rule 79-5 sets forth the procedures that must be followed and reflects the standards that will be applied when a party seeks permission from the court to file material under seal.")