1  RICK N. BRYSON (*pro hac vice*)
   *Rick.Bryson@SandersParks.com*
2  MICHELLE BREIT (Bar No. 133143)
   *Michelle.Breit@SandersParks.com*
3  **SANDERS & PARKS P.C.**
   3030 N. Third Street, Suite 1300
4  Phoenix, AZ 85012-3099
   Telephone: (602) 532-5600
5  Facsimile: (602) 532-5700

6  Attorneys for Plaintiff RAYTHEON APPLIED
   SIGNAL TECHNOLOGY, INC. and Third-Party
7  Defendant COMTECH EF DATA CORPORATION

8  JOHN ALLCOCK (Bar No. 98895)
   *John.Allcock@dlapiper.com*
9  ANDREW P. VALENTINE (Bar No. 162094)
   *Andrew.Valentine@dlapiper.com*
10 **DLA PIPER LLP (US)**
   2000 University Avenue
11 East Palo Alto, CA 94303
   Telephone: (650) 833-2000
12 Facsimile: (650) 833-2001

13 Attorneys for Plaintiff RAYTHEON APPLIED
   SIGNAL TECHNOLOGY, INC.
14

15                    UNITED STATES DISTRICT COURT

16            NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

17

| | |
|---|---|
| 18  APPLIED SIGNAL TECHNOLOGY, INC. | Case No. 09-CV-02180-SBA |
| 19                        Plaintiff, | |
| 20      vs. | **[PROPOSED] ORDER GRANTING AST'S AND COMTECH'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE CERTAIN DOCUMENTS UNDER SEAL** |
| 21  EMERGING MARKETS COMMUNICATIONS, INC., EMC SATCOM TECHNOLOGIES, INC., PARADISE DATACOM, LLC, and VIASAT, INC., | |
| 22 | |
| 23                        Defendants. | |
| 24 | |
| 25 | |
|     AND RELATED COUNTERCLAIMS | |
| 26 | |

27

28

Order Allowing AST & Comtech to File Documents Under Seal          Case No. 09-CV-02180-SBA
                                      - 1 -

Applied Signal Technology, Inc. and Comtech EF Data Corp. (collectively, "AST") filed a Motion for Administrative Relief pursuant to Civil Local Rules 7-11 and 79-5, and General Order No. 62 for permission to file portions of certain documents under seal.

Good cause appearing therefore, the Court GRANTS AST's request.

IT IS HEREBY ORDERED THAT portions to the following documents, as identified by highlighting and redacting in the contemporaneously lodged Exhibits 1 and 2, respectively, shall be filed under seal:

- *Portions of* Joint Discovery Dispute Letter dated March 2, 2012 to The Honorable Donna M. Ryu from Fish & Richardson P.C. by Frank E. Scherkenbach, Attorneys for Paradise Datacom, LLC and ViaSat, Inc., and from Sanders & Parks P.C. by Rick N. Bryson, Attorneys for Applied Signal Technology and Comtech EF Data Corp. ("Joint Discovery Dispute Letter")

- *Portions of* Exhibit A to the Joint Discovery Dispute Letter.

IT IS SO ORDERED.

Dated: March 14, 2012



Hon. Donna M. Ryu
United States District Court Magistrate Judge