1 | RICK N. BRYSON (*pro hac vice*)
rick.bryson@sanderssparks.com
2 | MICHELLE G. BREIT (Bar No. 133143)
michelle.breit@sanderssparks.com
3 | **SANDERS & PARKS P.C.**
3030 N. Third Street, Suite 1300
4 | Phoenix, AZ 85012-3099
Telephone: (602) 532-5600
5 | Facsimile: (602) 532-5700

6 | Attorneys for Plaintiff RAYTHEON APPLIED
SIGNAL TECHNOLOGY, INC. and Third-Party
7 | Defendant COMTECH EF DATA CORPORATION

8 | JOHN ALLCOCK (Bar No. 98895)
john.allcock@dlapiper.com
9 | ANDREW P. VALENTINE (Bar No. 162094)
andrew.valentine@dlapiper.com
10 | **DLA PIPER LLP (US)**
2000 University Avenue
11 | East Palo Alto, CA 94303
Telephone: (650) 833-2000
12 | Facsimile: (650) 833-2001

13 | Attorneys for Plaintiff RAYTHEON APPLIED
SIGNAL TECHNOLOGY, INC.

14

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| APPLIED SIGNAL TECHNOLOGY, INC. | Case No. 4:09-cv-02180-SBA |
| Plaintiff, | |
| vs. | **ORDER GRANTING STIPULATED REQUEST FOR ORDER MODIFYING CASE MANAGEMENT SCHEDULING ORDER** |
| EMERGING MARKETS COMMUNICATIONS, INC., EMC SATCOM TECHNOLOGIES, INC., PARADISE DATACOM, LLC, and VIASAT, INC., | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS | |

Having considered the Parties' Stipulated Request for an Order Changing Time, and for good cause shown,

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that the Case Management Conference Schedule is hereby vacated. The following schedule is hereby adopted.

| EVENT | CURRENT ORDERED DATE | NEW DATE |
|---|---|---|
| Fact Discovery Cutoff | February 24, 2012 | No Change |
| Expert Disclosure (both parties) | March 9, 2012 | **March 23, 2012 (technical)** <br> **April 2, 2012 (damages)** |
| Rebuttal Expert Disclosure | March 30, 2012 | **April 12, 2012 (technical)** <br> **April 23, 2012 (damages)** |
| Expert Discovery Cutoff | April 20, 2012 | **April 20, 2012 (technical)** <br> **May 4, 2012 (damages)** |
| Dispositive Motion Cutoff | April 27, 2012 | No Change |
| Response to Motions for Summary Judgment | May 18, 2012 | No Change |
| Reply to Motions for Summary Judgment | June 1, 2012 | No Change |
| Law and Motion Hearing Cut-Off | June 19, 2012 | No Change |
| Mandatory Settlement Conference | June 20-29, 2012 | No Change |
| Pre-Trial Documents Due | July 3, 2012 | No Change |
| Motions in Limine | July 10, 2012 | No Change |
| Opposition to Motions in Limine and Objections to Evidence | July 17, 2012 | No Change |
| Replies to Motions in Limine | July 24, 2012 | No Change |
| Pretrial Conference | July 31, 2012 <br> 1:00 pm | No Change |
| Jury Trial (12-day) | September 5, 2012 <br> 8:30 am | No Change |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 3/27/12

*Saundra B. Armstrong*
SAUNDRA BROWN ARMSTRONG
JUDGE, UNITED STATES DISTRICT COURT