1  RICK N. BRYSON (*pro hac vice*)
   rick.bryson@sanderssparks.com
2  MICHELLE G. BREIT (Bar No. 133143)
   michelle.breit@sanderssparks.com
3  **SANDERS & PARKS P.C.**
   3030 N. Third Street, Suite 1300
4  Phoenix, AZ 85012-3099
   Telephone: (602) 532-5600
5  Facsimile: (602) 532-5700

6  Attorneys for Plaintiff RAYTHEON APPLIED
   SIGNAL TECHNOLOGY, INC. and Third-Party
7  Defendant COMTECH EF DATA CORPORATION

8  JOHN ALLCOCK (Bar No. 98895)
   john.allcock@dlapiper.com
9  ANDREW P. VALENTINE (Bar No. 162094)
   andrew.valentine@dlapiper.com
10 **DLA PIPER LLP (US)**
   2000 University Avenue
11 East Palo Alto, CA 94303
   Telephone: (650) 833-2000
12 Facsimile: (650) 833-2001

13 Attorneys for Plaintiff RAYTHEON APPLIED
   SIGNAL TECHNOLOGY, INC.
14
   [SEE ATTACHED LIST FOR ADDITIONAL COUNSEL]

15
                    **UNITED STATES DISTRICT COURT**
16
                    **NORTHERN DISTRICT OF CALIFORNIA**
17
                            **OAKLAND DIVISION**
18

| | |
|---|---|
| APPLIED SIGNAL TECHNOLOGY, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>EMERGING MARKETS COMMUNICATIONS, INC., EMC SATCOM TECHNOLOGIES, INC., PARADISE DATACOM, LLC, and VIASAT, INC.,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 4:09-cv-02180-SBA<br><br>**STIPULATED REQUEST TO STAY CASE PENDING DOCUMENTATION OF SETTLEMENT AND DISMISSAL** |

STIPULATED REQUEST TO STAY CASE PENDING DOCUMENTATION OF SETTLEMENT        Case No. 09-cv-02180-SBA
AND DISMISSAL                                                                              Page 1
EAST\48266369.1

1    WHEREAS, all remaining parties to this lawsuit have reached an agreement in principle
2 to settle the litigation;

3    WHEREAS, the parties anticipate that it will take several days to document the
4 settlement;

5    WHEREAS, the parties desire that the case be administratively stayed so that they may
6 (1) finalize the settlement and (2) prepare and file a dismissal;

7    The parties HEREBY STIPULATE AND REQUEST that the case be
8 ADMINISTRATIVELY STAYED to allow the parties to (1) finalize the settlement and (2)
9 prepare and file a dismissal.

10   The parties FURTHER STIPULATE that, if the case is not dismissed by April 20, 2012,
11 any party may file a motion to lift the stay.

Date:  April 9, 2012            **SANDERS & PARKS P.C.**

/s/ Rick Bryson
Rick Bryson
Michelle G. Breit
John W. Downing

Attorneys for Plaintiff RAYTHEON APPLIED SIGNAL TECHNOLOGY and Third-Party Defendant COMTECH EF DATA CORPORATION

Date:  April 9, 2012            DLA PIPER LLP (US)

/s/ Andrew P. Valentine
Andrew P. Valentine

Attorney for Plaintiff RAYTHEON APPLIED SIGNAL TECHNOLOGY

1  Date: April 9, 2012              FISH & RICHARDSON P.C.

2
3                                   /s/ Christopher S. Marchese
                                    Christopher S. Marchese
4
                                    Attorneys for Defendant, Counterclaimants and
                                    Third-Party Plaintiff VIASAT, INC. and
5                                   PARADISE DATACOM, LLC

6
7
8
       SO ORDERED.
9
10     Dated: _4/4/12                _____
                                    Hon. Sandra B. Armstrong
11
                                       United States District Judge
12

**DECLARATION OF CONSENT**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Rick Bryson and Christopher S. Marchese

Date:  April 9, 2012                    DLA PIPER LLP (US)

/s/ Andrew P. Valentine
Andrew P. Valentine

Attorney for Plaintiff RAYTHEON APPLIED SIGNAL TECHNOLOGY

## LIST OF PLAINTIFFS' COUNSEL

RICK N. BRYSON (*pro hac vice*)
*rick.bryson@sanderssparks.com*
MICHELLE G. BREIT (Bar No. 133143)
*michelle.breit@sanderssparks.com*
BRETT M. HAGER (*pro hac vice*)
*brett.hager@sanderssparks.com*
BENJAMIN K. ERLICK (*pro hac vice*)
*benjamin.erlick@sanderssparks.com*
JAMES R. FARMER (*pro hac vice*)
*jfarmer@agilityiplaw.com*
JOHN W. DOWNING (Bar No. 252850)
*john.downing@sanderssparks.com*
**SANDERS & PARKS P.C.**
3030 N. Third Street, Suite 1300
Phoenix, AZ  85012-3099
Telephone: (602) 532-5600
Facsimile: (602) 532-5700

Attorneys for Plaintiff/Counterclaim Defendant
RAYTHEON APPLIED SIGNAL TECHNOLOGY,
INC. and Third-Party Defendant COMTECH EF DATA
CORPORATION

JOHN ALLCOCK (Bar No. 98895)
**DLA PIPER LLP (US)**
*john.allcock@dlapiper.com*
401 B Street, Suite 1700
San Diego, CA  92101
Telephone: (619) 699-2700
Facsimile: (619) 699-2701

ANDREW P. VALENTINE (Bar No. 162094)
**DLA PIPER LLP (US)**
*andrew.valentine@dlapiper.com*
2000 University Avenue
East Palo Alto, CA  94303
Telephone: (650) 833-2000
Facsimile: (650) 833-2001

JAMES M. HEINTZ (*pro hac vice*)
**DLA PIPER LLP (US)**
*james.heintz@dlapiper.com*
500 Eighth Street, NW
Washington, D.C. 20004
Telephone: (202) 799-4000
Facsimile: (202) 799-5000

Attorneys for Plaintiff/Counterclaim Defendant
RAYTHEON APPLIED SIGNAL TECHNOLOGY,
INC.