1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLIED SIGNAL TECHNOLOGY, INC., | No. C-09-02180 SBA (DMR) |
| Plaintiff, | **ORDER VACATING HEARING** |
| v. | |
| EMERGING MARKETS COMMUNICATIONS, INC., ET AL, | |
| Defendants. _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

Pursuant to the Order entered April 9, 2012 on the Stipulated Request to Stay Case Pending Documentation of Settlement and Dismissal, the April 12, 2012 hearing on the parties' joint discovery letters is hereby VACATED.

IT IS SO ORDERED.

Dated: April 9, 2011

DONNA M. RYU
United States Magistrate Judge