| | |
|---|---|
| Rick N. Bryson (*Pro Hac Vice*)<br>*Rick.Bryson@Sandersparks.com*<br>Michelle G. Breit (Bar No. 133143)<br>*Michelle.Breit@Sandersparks.com*<br>**Sanders & Parks P.C.**<br>3030 N. Third Street, Suite 1300<br>Phoenix, AZ 85012-3099<br>Telephone: (602) 532-5600<br>Facsimile: (602) 532-5700<br><br>Attorneys for Plaintiff Raytheon Applied Signal Technology, Inc. and Third-Party Defendant Comtech EF Data Corporation<br><br>John Allcock (Bar No. 98895)<br>*John.Allcock@Dlapiper.com*<br>Andrew P. Valentine (Bar No. 162094)<br>*Andrew.Valentine@dlapiper.com*<br>**DLA Piper LLP (US)**<br>2000 University Avenue<br>East Palo Alto, CA 94303<br>Telephone: (650) 833-2000<br>Facsimile: (650) 833-2001<br><br>Attorneys for Plaintiff Raytheon Applied Signal Technology, Inc. | Frank E. Scherkenbach (SBN 142549)<br>scherkenbach@fr.com<br>Fish & Richardson P.C.<br>One Marina Park Drive<br>Boston, MA 02210-1878<br>Telephone: (617) 542-5070<br>Facsimile: (617) 542-8906<br><br>Attorneys for Defendant, Counterclaimant and Third-Party Plaintiff, ViaSat, Inc. and Defendant and Counterclaimant Teledyne Paradise Datacom, LLC<br><br>Christopher S. Marchese (SBN 170239)<br>marchese@fr.com<br>Seth M. Sproul (SBN 217711)<br>sproul@fr.com<br>Fish & Richardson P.C.<br>12390 El Camino Real<br>San Diego, CA  92130<br>Telephone:  (858) 678-5070<br>Facsimile:  (858) 678-5099<br><br>Attorneys for Defendant, Counterclaimant and Third-Party Plaintiff, ViaSat, Inc. and Defendant and Counterclaimant Teledyne Paradise Datacom, LLC |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| APPLIED SIGNAL TECHNOLOGY, INC.<br><br>    Plaintiff,<br><br>  vs.<br><br>EMERGING MARKETS COMMUNICATIONS, INC., EMC SATCOM TECHNOLOGIES, INC., PARADISE DATACOM, LLC, and VIASAT, INC.,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 4:09-cv-02180-SBA<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE OF CLAIMS AND COUNTERCLAIMS** |

1  WHEREAS all remaining parties to this lawsuit have executed a written settlement agreement resolving all remaining claims and counterclaims, it is HEREBY STIPULATED among Raytheon Applied Signal Technology, Inc., Comtech EF Data Corporation, ViaSat, Inc., and Teledyne Paradise Datacom, LLC that all remaining claims and counterclaims be DISMISSED WITH PREJUDICE, each party to bear its own costs and attorneys' fees, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Date: June 8, 2012          SANDERS & PARKS P.C.

                            /s/ Rick Bryson
                            Rick Bryson

                            Attorneys for Plaintiff RAYTHEON APPLIED
                            SIGNAL TECHNOLOGY and Third-Party
                            Defendant COMTECH EF DATA
                            CORPORATION

Date: June 8, 2012          DLA PIPER LLP (US)

                            /s/ Andrew P. Valetine
                            Andrew P. Valentine

                            Attorney for Plaintiff RAYTHEON APPLIED
                            SIGNAL TECHNOLOGY

Date: June 8, 2012          FISH & RICHARDSON P.C.

                            /s/ Christopher S. Marchese
                            Christopher S. Marchese

                            Attorneys for Defendant, Counterclaimant and
                            Third-Party Plaintiff, VIASAT, INC. and Defendant
                            and Counterclaimant TELEDYNE PARADISE
                            DATACOM, LLC

    SO ORDERED.

    Dated: 6-6-12_____    *Saundra B. Armstrong*
                            Hon. Saundra Brown Armstrong
                            United States District Judge